IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT P. LARGESS ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SUPREME JUDICIAL COURT FOR THE ) <br> STATE OF MASSACHUSETTS; ) <br> CHIEF JUSTICE MARGARET MARSHALL, ) <br> JUSTICE ROBERT J. CORDY, JUSTICE ) <br> JUDITH A. COWIN, JUSTICE JOHN M. ) <br> GREANEY, JUSTICE RODERICK L. IRELAND, ) <br> JUSTICE MARTHA B. SOSMAN, JUSTICE ) <br> FRANCIS X. SPINA, in their official capacities ) <br> as Justices of the Supreme Judicial Court of ) <br> Massachusetts; MASSACHUSETTS ) <br> DEPARTMENT OF PUBLIC HEALTH; ) <br> CHRISTINE C. FERGUSON, in her official ) <br> capacity as Commissioner of the Massachusetts ) <br> Department of Public Health; JUDY A. ) <br> McCARTHY, in her official capacity as City ) <br> Registrar for the City of Boston; CITY AND ) <br> TOWN CLERKS 1-350, ) <br> ) <br> Defendants. ) <br> ) | Case No. <br><br> **04-10921 JLT** |

**PLAINTIFF'S MOTION FOR WAIVER OF POSTING A SECURITY BOND
IN OBTAINING A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY
INJUNCTION**

COMES NOW the Plaintiff, by and through undersigned counsel, and respectfully requests this Court to enter an order waiving the requirement of posting security in order to obtain a Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65, and shows unto this Court as follows:

1.   Federal Rule of Civil Procedure 65(c) provides that no restraining order or

Motion for Waiver of Bond - Page 1

preliminary injunction shall issue except upon the giving of security by the applicant, in such sum as the court deems proper, for the payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully enjoined or restrained.

2. Under Federal Rule of Civil Procedure 65(c) this Court has the discretion to determine the necessity of posting security and the amount thereof.

3. In this instance, Plaintiff is represented by a public interest organization, Liberty Counsel, to uphold free speech and equal protection rights and the posting of security would work an undue hardship upon the Plaintiff. (*See* Affidavit attached as Exhibit A).

4. Requiring the Plaintiff to post security prior to obtaining a Temporary Restraining Order or a Preliminary Injunction would effectively deny the Plaintiff access to judicial review for the deprivation of the most fundamental of constitutional rights - the right to a republican form of government.

5. The public interest would best be served by waiving the requirement that the Plaintiff post security, and minimal harm would result to the Defendants by the imposition of the Temporary Restraining Order and Preliminary Injunction.

WHEREFORE, the Plaintiff, by and through undersigned counsel, respectfully requests this Court to enter an Order waiving the requirement of posting security prior to obtaining a Temporary Restraining Order Preliminary Injunction.

//
//
//
//
//
//
//
//
//
//
//

DATED this 10th day of May, 2004.

Respectfully Submitted,

*Chester Darling by RJM*
Chester Darling
BBO# 114320
CITIZENS FOR THE PRESERVATION
OF CONSTITUTIONAL RIGHTS, INC.
306 Dartmouth Street
Boston, MA 02116
Telephone: (617) 536-1776
Telefacsimile: (978) 470-2219
Local Counsel for Plaintiff

Robert J. Muise*
 MI State Bar No. P62849
 NH State Bar No. 12953
THOMAS MORE LAW CENTER
3475 Plymouth Road, Suite 100
Ann Arbor, MI 48105-2550
Telephone: (734) 827-2001
Telefacsimile: (734) 998-4778
Attorney for Plaintiff
*Subject to admission *pro hac vice*

Stephen M. Crampton*
 MS State Bar No. 9952
Brian Fahling*
 WA State Bar No. 18894
AFA CENTER FOR LAW AND POLICY
100 Parkgate Drive
P.O. Drawer 2440
Tupelo, MS 38803
Telephone: (662) 680-3886
Telefacsimile: (662) 844-4234
Attorneys for Plaintiff
*Subject to admission *pro hac vice*

*Mathew Staver by RJM*
Mathew D. Staver*
 Florida Bar No. 0701092
 (Lead Trial Counsel)
Erik W. Stanley*
 Florida Bar No. 0183504
Anita L. Staver*
 Florida Bar No. 0611131
Joel L. Oster*
 Florida Bar No. 0659746
Rena M. Lindevaldsen*
 Florida Bar No. 0659045
LIBERTY COUNSEL
210 East Palmetto Avenue
Longwood, FL 32750
Telephone: (407) 875-2100
Telefacsimile: (407) 875-0770
Attorneys for Plaintiff
 *Subject to admission *pro hac vice*