IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT P. LARGESS ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SUPREME JUDICIAL COURT FOR THE ) <br> STATE OF MASSACHUSETTS; ) <br> CHIEF JUSTICE MARGARET MARSHALL, ) <br> JUSTICE ROBERT J. CORDY, JUSTICE ) <br> JUDITH A. COWIN, JUSTICE JOHN M. ) <br> GREANEY, JUSTICE RODERICK L. IRELAND, ) <br> JUSTICE MARTHA B. SOSMAN, JUSTICE ) <br> FRANCIS X. SPINA, in their official capacities ) <br> as Justices of the Supreme Judicial Court of ) <br> Massachusetts; MASSACHUSETTS ) <br> DEPARTMENT OF PUBLIC HEALTH; ) <br> CHRISTINE C. FERGUSON, in her official ) <br> capacity as Commissioner of the Massachusetts ) <br> Department of Public Health; JUDY A. ) <br> McCARTHY, in her official capacity as City ) <br> Registrar for the City of Boston; CITY AND ) <br> TOWN CLERKS 1-350, ) <br> ) <br> Defendants. ) <br> ) | Case No. <br><br> **04 - 10921 JLT** |

### PLAINTIFF'S AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO WAIVE POSTING SECURITY TO OBTAIN A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION

I, ROBERT P. LARGESS, am competent and above the age of 18 and make the following statements based upon my own personal knowledge.

1. I am a resident of ~~Roslindale~~ Boston, Massachusetts.

2. I am the Plaintiff in the above-referenced cause of action.

3. I do not have the financial resources or assets necessary to post a security bond to obtain a Temporary Restraining Order or a Preliminary Injunction.

4. I believe my constitutional guarantee of a republican form of government has been infringed and I have consequently obtained representation through Liberty Counsel, a public interest civil liberties organization. If I were required to post a security bond in order to pursue the above-referenced cause of action in order to obtain a Temporary Restraining Order or preliminary injunctive relief, I would be forced to forego my constitutional rights because of lack of resources to post such a bond.

I understand that a false statement in this affidavit will subject me to penalties of perjury.

*Robert P. Largess* (signature)
ROBERT P. LARGESS

STATE OF MASSACHUSETTS

COUNTY OF Suffolk

The foregoing instrument was acknowledged before me this 9th day of May, 2004, by Robert Largess, who is personally known to me or who has produced identification and who took an oath/affirmed.

_____
Notary Public

My Commission expires: