IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT P. LARGESS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SUPREME JUDICIAL COURT FOR THE )<br>STATE OF MASSACHUSETTS; )<br>CHIEF JUSTICE MARGARET MARSHALL, )<br>JUSTICE ROBERT J. CORDY, JUSTICE )<br>JUDITH A. COWIN, JUSTICE JOHN M. )<br>GREANEY, JUSTICE RODERICK L. IRELAND, )<br>JUSTICE MARTHA B. SOSMAN, JUSTICE )<br>FRANCIS X. SPINA, in their official capacities )<br>as Justices of the Supreme Judicial Court of )<br>Massachusetts; MASSACHUSETTS )<br>DEPARTMENT OF PUBLIC HEALTH; )<br>CHRISTINE C. FERGUSON, in her official )<br>capacity as Commissioner of the Massachusetts )<br>Department of Public Health; JUDY A. )<br>McCARTHY, in her official capacity as City )<br>Registrar for the City of Boston; CITY AND )<br>TOWN CLERKS 1-350, )<br>)<br>Defendants. )<br>) | Case No.<br><br>**04-10921 JLT** |

### AFFIDAVIT OF JOEL L. OSTER

I, JOEL L. OSTER, being duly sworn, depose under penalty of perjury and state:

1. I am a resident of Seminole County, Florida, and reside at 176 Hanging Moss Drive, Oviedo, Florida 32765

2. I am a licensed attorney, licensed in the state and federal courts in Kansas, KS bar # 18543, Missouri, MO bar # 50513, and Florida, Bar No. 0659746.

3. On the afternoon of May 7, 2004, I faxed a letter to the following:

Affidavit of Joel Oster - Page 1

      The Massachusetts Supreme Judicial Court
      Honorable Chief Justice Margaret H. Marshall
      Honorable John M. Greaney
      Honorable Francis X. Spina
      Honorable Martha B. Sosman
      Honorable Roderick L. Ireland
      Honorable Judith A. Cowin
      Honorable Robert J. Cordy
      Judy McCarthy, Boston Massachusetts Registrar
      Massachusetts Department of Health Commissioner Christine C. Ferguson
      Massachusetts Department of Public Health

and informed them that we would be filing a Motion for a Temporary Restraining Order regarding the above captioned case in the United States District Court, District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts 02210, to enjoin the enforcement of the Massachusetts Supreme Judicial Court opinion in *Goodridge v. Department of Public Health*, 440 Mass. 309 (2003) which amended Massachusetts law defining marriage as between one man and one woman, and that we would be requesting an immediate hearing for an Order to Show Cause why a Temporary Restraining Order should not be entered. (A copy of the letter, along with the fax confirmation sheets are attached to this Affidavit as Exhibit A.)

      4.      On the afternoon of May 7, 2004, I spoke with Neal Quenzer, the Chief Staff Counsel for the Supreme Judicial Court of Massachusetts, and informed him that we would be seeking a TRO on Monday morning, May 10, 2004, in the Federal Court. In addition, I spoke with the offices of the Registrar of the City of Boston Massachusetts, and the Massachusetts Department of Public Health, informing them that we would be seeking a TRO on Monday morning, May 10, 2004.

      5.      On the afternoon of May 7, 2004, I received a phone call from Peter Sacks, an attorney from the Office of the Attorney General for Massachusetts. He informed me that he would be representing the Massachusetts Department of Public Health in this lawsuit, and that he was

informed that we would be seeking a TRO on Monday, May 10, 2004, in Federal Court.

6.   On the afternoon of May 8, 2004, I faxed a copy of the Complaint, the Motion for Temporary Restraining Order and the Memorandum in Support of the Motion for a Temporary Restraining Order to the following:

   The Massachusetts Supreme Judicial Court
   Honorable Chief Justice Margaret H. Marshall
   Honorable John M. Greaney
   Honorable Francis X. Spina
   Honorable Martha B. Sosman
   Honorable Roderick L. Ireland
   Honorable Judith A. Cowin
   Honorable Robert J. Cordy
   Neal Quenzer
   One Beacon Street, 3rd Floor
   Boston, MA 02108
   Fax (617) 557-1053

   Judy McCarthy
   Office of the City Registrar
   One City Hall Plaza, Room 213
   Boston, MA 02201
   Fax (617) 635-3775

   Commissioner Christine C. Ferguson
   Massachusetts Department of Public Health
   250 Washington Street
   Boston, MA 02108
   Fax (617) 624-5234

   Peter Sacks
   Office of the Attorney General
   One Ashburton Place, Room 2019
   Boston, MA 02108
   Fax (617) 727-5785

(The fax confirmation sheets are attached as Exhibit B.)

Affidavit of Joel Oster - Page 3

Further, Affiant Sayeth Naught.

Under penalty of perjury, I declare that I have read the foregoing, that the facts alleged are true, to the best of my knowledge and belief.

Dated this 8th day of May, 2004.

                              Respectfully Submitted,

                              Joel L. Oster
                              Florida Bar No. 0659746
                              LIBERTY COUNSEL
                              210 East Palmetto Avenue
                              Longwood, FL 32750
                              Telephone: (407) 875-2100
                              Telefacsimile: (407) 875-0770
                              Attorney for Plaintiff

STATE OF FLORIDA

COUNTY OF SEMINOLE

The foregoing instrument was acknowledged before me this 8th day of May, 2004, by Joel Oster, who is personally known to me or who has produced identification and who took an oath/affirmed.

Notary Public

                    My Commission expires:



ANGELA S. SALAS
MY COMMISSION # CC 984114
EXPIRES: November 27, 2004
Bonded Thru Notary Public Underwriters

# Liberty Counsel

210 East Palmetto Avenue
Longwood, Florida 32750
(407) 875-2100 Telephone

http://www.lc.org
liberty@lc.org
(407) 875-0770 Fax

May 7, 2004

The Massachusetts Supreme Judicial Court
Honorable Chief Justice Margaret H. Marshall
Honorable John M. Greaney
Honorable Francis X. Spina
Honorable Martha B. Sosman
Honorable Roderick L. Ireland
Honorable Judith A. Cowin
Honorable Robert J. Cordy
One Beacon Street, 3rd Floor
Boston, Massachusetts 02108
Fax (617) 557-1053

Judy McCarthy
Boston Massachusetts Registrar
Room 213
1 City Hall Plaza
Boston, Massachusetts 02201
Fax (617) 635-3775

Commissioner Christine C. Ferguson
Massachusetts Department of Public Health
250 Washington Street
Boston, Massachusetts 02108
Fax (617) 624-5234

      Re:    Filing TRO Monday Morning in Federal Court

To whom it may concern:

      I am writing to inform you that we will seek an immediate TRO on Monday morning, May 10, 2004 in the United States District Court, District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts 02210, to enjoin the enforcement of the Massachusetts Supreme Judicial Court opinion in *Goodridge v. Department of Public Health*, 440 Mass. 309 (2003) which amended Massachusetts law defining marriage as between one man and one woman. Plaintiff is seeking an injunction against the Massachusetts Supreme Judicial Court, the Honorable Chief Justice Margaret H. Marshall, in her official capacity, the Honorable John M. Greaney, in his official capacity, the Honorable Francis X. Spina, in his



EXHIBIT A

official capacity, the Honorable Martha B. Sosman, in her official capacity, the Honorable Roderick L. Ireland, in his official capacity, the Honorable Judith A. Cowin, in her official capacity, the Honorable Robert J. Cordy, in his official capacity, the Massachusetts Department of Public Health, and the Massachusetts Department of Public Health Commissioner Christine C. Ferguson, in her official capacity.

We will **ask for an immediate hearing for an Order to Show Cause why a Temporary Restraining Order should not be entered.** We will send you a copy of the Complaint, the Motion for a TRO, and the Memorandum in Support of a Motion for TRO as soon as it is completed, most likely Sunday afternoon.

If you have any questions, please give me a call at the above listed number, or you can each any of the following attorneys on their cell phones: Mathew Staver (407) 766-0928, Erik Stanley (407) 376-9623, Joel Oster (407) 733-1776, or Rena Lindevaldsen (407) 902-5942.

Sincerely,

Joel L. Oster

JLO:lkc
Enclosure



Post Office Box 540774
Orlando, Florida 32854
(407) 875-2100 Telephone

http://www.lc.org
liberty@lc.org
(407) 875-0770 Fax

If there is a problem with transmission or if all pages are not received, please call for retransmission.

TO: Honorable Chief Justice Margaret H. Marshall    FAX #: 617-557-1053 4-22
    Honorable John M. Greaney
    Honorable Francis X. Spina
    Honorable Martha B. Sosman
    Honorable Roderick L. Ireland
    Honorable Judith A. Cowin
    Honorable Robert J. Cordy
    The Massachusetts Supreme Judicial Court

COMPANY: Massachusetts Supreme Judicial Court

FROM: Candy McGuire    DATE: May 07, 2004

RE:

Number of pages including this cover page: 3

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us by mail without making a copy. Thank you.

Comments: Letter re TRO to be filed Monday, May 10, 2004

```
                             TRANSMISSION RESULT REPORT              (MAY 07 '04  04:46PM)
                                                                          4078750770
                                                                                            (AUTO)

THE FOLLOWING FILE(S) ERASED
FILE   FILE TYPE         OPTION           TEL NO.                  PAGE    RESULT
043    MEMORY TX                          5258#4*22#16175571053    03/03   OK




                                                                        










ERRORS
   1) HANG UP OR LINE FAIL     2) BUSY        3) NO ANSWER      4) NO FACSIMILE CONNECTION
```

# Liberty Counsel

Post Office Box 540774　　　　　　　　　　　　　　　　　　　　http://www.lc.org
Orlando, Florida 32854　　　　　　　　　　　　　　　　　　　　liberty@lc.org
(407) 875-2100 Telephone　　　　　　　　　　　　　　　　　　　(407) 875-0770 Fax

---

If there is a problem with transmission or if all pages are not received, please call for retransmission.

TO: Honorable Chief Justice Margaret H. Marshall　　　FAX #: 617-557-1053 4-22
　　Honorable John M. Greaney
　　Honorable Francis X. Spina
　　Honorable Martha B. Sosman
　　Honorable Roderick L. Ireland
　　Honorable Judith A. Cowin
　　Honorable Robert J. Cordy
　　The Massachusetts Supreme Judicial Court

COMPANY: Massachusetts Supreme Judicial Court



Post Office Box 540774  
Orlando, Florida 32854  
(407) 875-2100 Telephone

http://www.lc.org  
liberty@lc.org  
(407) 875-0770 Fax

If there is a problem with transmission or if all pages are not received, please call for retransmission.

**TO:** Judy McCarthy                                **FAX #:** 617-635-3775, 4-22

**COMPANY:** Boston Massachusetts Registrar

**FROM:** Candy McGuire                              **DATE:** May 07, 2004

**RE:** Filing TRO Monday, May 10, 2004 in federal court

Number of pages including this cover page: 3

> This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us by mail without making a copy. Thank you.

Comments: Letter re TRO to be filed Monday, May 10, 2004

```
                    TRANSMISSION RESULT REPORT         (MAY 07 '04 03:58PM)
                                   4078750770
                                                                    (AUTO)

   THE FOLLOWING FILE(S) ERASED
   FILE   FILE TYPE         OPTION       TEL NO.              PAGE    RESULT
   040    MEMORY TX                      5258#4*22#16176353775 03/03   OK
```

ERRORS
1) HANG UP OR LINE FAIL    2) BUSY    3) NO ANSWER    4) NO FACSIMILE CONNECTION

# Liberty Counsel

Post Office Box 540774  
Orlando, Florida 32854  
(407) 875-2100 Telephone

http://www.lc.org  
liberty@lc.org  
(407) 875-0770 Fax

If there is a problem with transmission or if all pages are not received, please call for retransmission.

TO: Judy McCarthy

FAX #: 617-635-3775, 4-22

COMPANY: Boston Massachusetts Registrar

FROM: Candy McGuire

DATE: May 07, 2004

RE: Filing TRO Monday, May 10, 2004 in federal court

Number of pages including this cover page: 3



Post Office Box 540774　　　　　　　　　　　　　　　　　　http://www.lc.org
Orlando, Florida 32854　　　　　　　　　　　　　　　　　　liberty@lc.org
(407) 875-2100 Telephone　　　　　　　　　　　　　　　　(407) 875-0770 Fax

---

If there is a problem with transmission or if all pages are not received, please call for retransmission.

---

**TO:** Comm. Christine C. Ferguson　　　　　　　FAX #: 617-624-5234, 4-22

**COMPANY:** Mass. Dept. of Public Health

**FROM:** Candy McGuire　　　　　　　　　　　　　**DATE:** May 07, 2004

**RE:** Filing TRO Monday, May 10, 2004 in federal court

Number of pages including this cover page: 3

> This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us by mail without making a copy. Thank you.

Comments: Letter re TRO to be filed Monday, May 10, 2004

```
                TRANSMISSION RESULT REPORT        (MAY. 07 '04 03:55PM)
                                                    4078750770
                                                                      (AUTO)

    THE FOLLOWING FILE(S) ERASED
    FILE   FILE TYPE        OPTION        TEL. NO.              PAGE    RESULT
    039    MEMORY TX                      5258#4*22#16176245234  03/03   OK




    ERRORS
    1) HANG UP OR LINE FAIL    2) BUSY    3) NO ANSWER    4) NO FACSIMILE CONNECTION
```

# Liberty Counsel

Post Office Box 540774  
Orlando, Florida 32854  
(407) 875-2100 Telephone

http://www.lc.org  
liberty@lc.org  
(407) 875-0770 Fax

---

If there is a problem with transmission or if all pages are not received, please call for retransmission.

**TO:** Comm. Christine C. Ferguson     **FAX #:** 617-624-5234, 4-22

**COMPANY:** Mass. Dept. of Public Health

**FROM:** Candy McGuire     **DATE:** May 07, 2004

**RE:** Filing TRO Monday, May 10, 2004 in federal court

Number of pages including this cover page: 3



Post Office Box 540774  
Orlando, Florida 32854  
(407) 875-2100 Telephone

http://www.lc.org  
liberty@lc.org  
(407) 875-0770 Fax

---

If there is a problem with transmission or if all pages are not received, please call for retransmission.

---

**TO:** The Massachusetts Supreme Judicial Court  
Honorable Chief Justice Margaret H. Marshall  
Honorable John M. Greaney  
Honorable Francis X. Spina  
Honorable Martha B. Sosman  
Honorable Roderick L. Ireland  
Honorable Judith A. Cowin  
Honorable Robert J. Cordy  
Neal Quenzer

FAX #: 617-557-1053, 4-22

COMPANY: Massachusetts Supreme Judicial Court

FROM: Joel Oster                              DATE: May 08, 2004

RE: Largess, Robert v. Mass. Sup. Jud. Ct., et al.

Number of pages including this cover page: 36

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us by mail without making a copy. Thank you.

Comments: Attached are the Complaint, the Motion for a TRO, and the Memorandum of Law in Support of TRO.



EXHIBIT B

```
                    TRANSMISSION RESULT REPORT             (MAY. 08 '04  03:54PM)
                                                4078750770
                                                                              (AUTO)

THE FOLLOWING FILE(S) ERASED
FILE   FILE TYPE           OPTION           TEL NO.                  PAGE    RESULT
045    MEMORY TX                            5843#4*22#16175571053    36/36   OK




ERRORS
   1) HANG UP OR LINE FAIL    2) BUSY    3) NO ANSWER    4) NO FACSIMILE CONNECTION
```

# Liberty Counsel

Post Office Box 540774
Orlando, Florida 32854
(407) 875-2100 Telephone

http://www.lc.org
liberty@lc.org
(407) 875-0770 Fax

---

If there is a problem with transmission or if all pages are not received, please call for retransmission.

**TO:**   The Massachusetts Supreme Judicial Court
Honorable Chief Justice Margaret H. Marshall
Honorable John M. Greaney
Honorable Francis X. Spina
Honorable Martha B. Sosman
Honorable Roderick L. Ireland
Honorable Judith A. Cowin
Honorable Robert J. Cordy
Neal Quenzer

FAX #: 617-557-1053  4-22



Post Office Box 540774  
Orlando, Florida 32854  
(407) 875-2100 Telephone

http://www.lc.org  
liberty@lc.org  
(407) 875-0770 Fax

If there is a problem with transmission or if all pages are not received, please call for retransmission.

**TO:** Commissioner Christine C. Ferguson          FAX #: 617-624-5234, 4-22

COMPANY: Massachusetts Dept. of Public Health

FROM: Joel Oster                                   DATE: May 08, 2004

RE: Largess, Robert v. Mass. Sup. Jud. Ct., et al.

Number of pages including this cover page:  36

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us by mail without making a copy. Thank you.

Comments: Attached are the Complaint, the Motion for a TRO, and the Memorandum of Law in Support of TRO.

```
************* TRANSMISSION RESULT REPORT ************ (MAY. 08 '04  04:17PM) *************
                                                        4078750770
............................................................................... (AUTO) .................

THE FOLLOWING FILE(S) ERASED
FILE   FILE TYPE           OPTION          TEL NO.                    PAGE    RESULT
047    MEMORY TX                           6751#4*22#16176245234      36/36   OK




ERRORS
1) HANG UP OR LINE FAIL      2) BUSY       3) NO ANSWER      4) NO FACSIMILE CONNECTION
```

# Liberty Counsel

Post Office Box 540774                                                    http://www.lc.org
Orlando, Florida 32854                                                    liberty@lc.org
(407) 875-2100 Telephone                                                  (407) 875-0770 Fax

---

If there is a problem with transmission or if all pages are not received, please call for retransmission.

**TO:** Commissioner Christine C. Ferguson        **FAX #:** 617-624-5234, 4-22

**COMPANY:** Massachusetts Dept. of Public Health

**FROM:** Joel Oster                              **DATE:** May 08, 2004

**RE:** Largess, Robert v. Mass. Sup. Jud. Ct., et al.

Number of pages including this cover page: 36

TRANSMISSION RESULT REPORT                    (MAY 08 '04  04:08PM)
                                              4078758008
                                                                  (AUTO)

THE FOLLOWING FILE(S) ERASED

FILE   FILE TYPE          OPTION          TEL NO.                    PAGE     RESULT
053    MEMORY TX                          6751#4*22#16177275785      36/36    OK

ERRORS
1) HANG UP OR LINE FAIL    2) BUSY    3) NO ANSWER    4) NO FACSIMILE CONNECTION

# Liberty Counsel

Post Office Box 540774
Orlando, Florida 32854
(407) 875-2100 Telephone

http://www.lc.org
liberty@lc.org
(407) 875-0770 Fax

If there is a problem with transmission or if all pages are not received, please call for retransmission.

**TO:** Mr. Peter Sacks

**FAX #:** (617) 727-5785, 4-22

**COMPANY:** Office of the Attorney General

**FROM:** Joel Oster

**DATE:** May 08, 2004

**RE:** Largess, Robert v. Mass. Sup. Jud. Ct., et al.

Number of pages including this cover page: 36



Post Office Box 540774  
Orlando, Florida 32854  
(407) 875-2100 Telephone

http://www.lc.org  
liberty@lc.org  
(407) 875-0770 Fax

If there is a problem with transmission or if all pages are not received, please call for retransmission.

**TO:** Mr. Peter Sacks                                **FAX #:** (617) 727-5785, 4-22

**COMPANY:** Office of the Attorney General

**FROM:** Joel Oster                                   **DATE:** May 08, 2004

**RE:** Largess, Robert v. Mass. Sup. Jud. Ct., et al.

Number of pages including this cover page: 36

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us by mail without making a copy. Thank you.

Comments: Attached are the Complaint, the Motion for a TRO, and the Memorandum of Law in Support of TRO.

```
·················· TRANSMISSION RESULT REPORT ··············· (MAY 08 '04  04:08PM)··········
                                              4078758008
································································································ (AUTO) ·········

THE FOLLOWING FILE(S) ERASED
FILE   FILE TYPE          OPTION          TEL NO.                        PAGE    RESULT
054    MEMORY TX                          6751#4*22#16176353775          36/36   OK
```

ERRORS
1) HANG UP OR LINE FAIL    2) BUSY    3) NO ANSWER    4) NO FACSIMILE CONNECTION

---

# Liberty Counsel

Box 540774                                              http://www.lc.org
Florida 32854                                           liberty@lc.org
-2100 Telephone                                         (407) 875-0770 Fax

---

is a problem with transmission or if all pages are not received, please call for
ission.

Judy McCarthy                          FAX #: 617-635-3775, 4-22

ANY: City of Boston

Joel Oster                             DATE: May 08, 2004

ess, Robert v. Mass. Sup. Jud. Ct., et al.

of pages including this cover page: 36



Post Office Box 540774  
Orlando, Florida 32854  
(407) 875-2100 Telephone

http://www.lc.org  
liberty@lc.org  
(407) 875-0770 Fax

If there is a problem with transmission or if all pages are not received, please call for retransmission.

**TO:** Ms. Judy McCarthy          **FAX #:** 617-635-3775, 4-22

**COMPANY:** City of Boston

**FROM:** Joel Oster          **DATE:** May 08, 2004

**RE:** Largess, Robert v. Mass. Sup. Jud. Ct., et al.

Number of pages including this cover page: 36

> This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us by mail without making a copy. Thank you.

Comments: Attached are the Complaint, the Motion for a TRO, and the Memorandum of Law in Support of TRO.