IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT P. LARGESS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-10921-JLT |
| SUPREME JUDICIAL COURT FOR THE STATE OF MASSACHUSETTS; CHIEF JUSTICE MARGARET MARSHALL, JUSTICE ROBERT J. CORDY, JUSTICE JUDITH A. COWIN, JUSTICE JOHN M. GREANEY, JUSTICE RODERICK L. IRELAND, JUSTICE MARTHA B. SOSMAN, JUSTICE FRANCIS X. SPINA, in their official capacities as Justices of the Supreme Judicial Court of Massachusetts; MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH; CHRISTINE C. FERGUSON, in her official capacity as Commissioner of the Massachusetts Department of Public Health; JUDY A. McCARTHY, in her official capacity as City Registrar for the City of Boston; CITY AND TOWN CLERKS 1-350, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **Complaint for Temporary Restraining Order, Preliminary and Permanent Injunctive Relief, Declaratory Relief, Motion for Preliminary Injunction and Temporary Restraining Order, Plaintiff's Affidavit in Support of Motion for Temporary Restraining Order and Preliminary Injunctive Relief, Memorandum of Law in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, Affidavit of Joel L. Oster, Plaintiff's Motion for Waiver of Posting a Security Bond**

Certificate of Service - Page 1

in Obtaining a Temporary Restraining Order and a Preliminary Injunction, Plaintiff's Affidavit in Support of Plaintiff's Motion to Waive Posting Security to Obtain a Temporary Restraining Order and a Preliminary Injunction, Memorandum in Support of Plaintiff's Motion to Waive Posting Security to Obtain a Temporary Restraining Order and a Preliminary Injunction, Motion of Attorney Mathew D. Staver to Proceed Pro Hac Vice, Certificate of Mathew D. Staver, Motion for Attorney Rena M. Lindevaldsen to Proceed Pro Hac Vice, Certificate of Rena M. Lindevaldsen, Motion for Attorney Joel L. Oster to Proceed Pro Hac Vice, Certificate of Joel L. Oster, Motion for Attorney Erik W. Stanley to Proceed Pro Hac Vice, Certificate of Erik W. Stanley, Motion of Attorney Stephen M. Crampton to Appear Pro Hac Vice, Certificate of Stephen M. Crampton and Motion and Declaration fo Robert J. Muise to Appear Pro Hac Vice have been furnished by Facsimile and personal service by hand delivery this 10th day of May, 2004, to the following:

Mr. Peter Sacks
Office of the Attorney General
1 Ashburton Place
Room 2019
Boston MA 02108
(617) 727-5785 - Fax
Attorney for Massachusetts Supreme Judicial
Court, Individual Justices, Christine Ferguson
and Massachusetts Department of Health

Ms. Judy McCarthy
City Registrar
City of Boston
Representative Clerk for City and Town
Clerks 1-350
1 City Hall Plaza, Rm 213
Boston MA 02201
(617) 635-3775 - Fax

*Chester Darling* by RMC
Chester Darling
BBO# 114320
CITIZENS FOR THE PRESERVATION
OF CONSTITUTIONAL RIGHTS, INC.
306 Dartmouth Street
Boston, MA 02116
Telephone: (617) 536-1776
Telefacsimile: (978) 470-2219
Local Counsel for Plaintiff

Robert J. Muise*
 MI State Bar No. P62849
 NH State Bar No. 12953
THOMAS MORE LAW CENTER
3475 Plymouth Road, Suite 100
Ann Arbor, MI 48105-2550
Telephone: (734) 827-2001
Telefacsimile: (734) 998-4778
Attorney for Plaintiff
*Subject to admission *pro hac vice*

Stephen M. Crampton*
 MS State Bar No. 9952
Brian Fahling*
 WA State Bar No. 18894
AFA CENTER FOR LAW AND POLICY
100 Parkgate Drive
P.O. Drawer 2440
Tupelo, MS 38803
Telephone: (662) 680-3886
Telefacsimile: (662) 844-4234
Attorneys for Plaintiff
*Subject to admission *pro hac vice*

Mathew D. Staver*
 Florida Bar No. 0701092
 (Lead Trial Counsel)
Erik W. Stanley*
 Florida Bar No. 0183504
Anita L. Staver*
 Florida Bar No. 0611131
Joel L. Oster*
 Florida Bar No. 0659746
Rena M. Lindevaldsen*
 Florida Bar No. 0659045
LIBERTY COUNSEL
210 East Palmetto Avenue
Longwood, FL 32750
Telephone: (407) 875-2100
Telefacsimile: (407) 875-0770
Attorneys for Plaintiff
 *Subject to admission *pro hac vice*