AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## DISTRICT OF MASSACHUSETTS

ROBERT P. LARGESS,

    Plaintiff(s),

v.

MASSACHUSETTS SUPREME JUDICIAL COURT, ET AL.,

    Defendant(s).

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04-10921 JLT**

TO: (Name and address of defendant)

**SERVE:** Justice John M. Greaney, Massachusetts Supreme Judicial Court

Massachusetts Supreme Judicial Court
One Beacon St, 3rd Floor
Boston MA 02108
(617) 557-1000

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| MATHEW D. STAVER., ESQ.<br>Florida Bar No. 0701092<br>(Lead Trial Counsel)<br>Liberty Counsel<br>210 E. Palmetto Ave.<br>Longwood, FL 32750<br>Telephone:(407) 875-2100<br>Telefacsimile:(407) 875-0770<br>Attorney for Plaintiff | CHESTER DARLING, ESQ.<br>BBO# 114320<br>Citizens for the Preservation<br>Of Constitutional Rights, Inc.<br>306 Dartmouth Street<br>Boston, MA 02116<br>Telephone: (617) 536-1776<br>Telefacsimile: (978) 470-2219<br>Local Counsel for Plaintiff |

an answer to the complaint which is herewith served upon you, within **TWENTY (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK



5-10-04

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 5/10/04 |
| Name of SERVER (PRINT) Rosalind Applebaum | TITLE Constable & a Disinterested Person |

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served: Peter Sacks, Asst Attorney General / Office of Attorney General / 1 Ashburton Pl/Rm #2019 - Boston MA

FOR: Justice John M Greaney, Mass Supreme Judical Court

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/10/04
                  Date

*Signature of Server*
FIRST CONSTABLE SERVICE
143 Dorchester St #368 - So Boston MA 02127

*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Docket # 04-10921 JLT    Robert P Largess   -v-   Mass Supreme Judicial Court, et al

Along with Summons & Complaint for Temp Restraining Order, Preliminary & Permanent
    Injunction Relief
    MOTION for Preliminary Injunction & Temp Restraining Order
    MEMORANDUM of Law in Support
    TEMPORARY Restraining Order
    Affidavit of J L OSTER
    Plaintiff's Motion for Waiver of Posting Security Bond to obtain Temp Restraining
        Order and Preliminary Injunction
    Plaintiff's Affidavit for a Waiver of Posting Security Bond to obtain Temp
        Restraining Order and Preliminary Injunction
    Memorandum in Support of Plaintiff's Motion
    Motion of Attorney Matthew D Staver to Proceed PRO HAC VICE
    Motion of Attorney Joel L Oster           "   "   "   "   "
    Motion of Attorney Erik W Stanley          "   "   "   "   "
    Motion of Rena M Lindevaldsen              "   "   "   "   "
    Motion of Stephen M Crampton               "   "   "   "   "
    Certificate of Stephen M Crampton
    Motion and Declaration of Robert J Muise ot appear PRO HAC VICE