AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## DISTRICT OF MASSACHUSETTS

ROBERT P. LARGESS,

                    Plaintiff(s),

                    V.

MASSACHUSETTS SUPREME JUDICIAL COURT, *ET AL*

                    Defendant(s).

**SUMMONS
IN A
CIVIL CASE**

CASE NUMBER:

# 04 - 10921 JLT

TO: (Name and address of defendant)

**SERVE:** Christine C. Ferguson, Commissioner, Massachusetts
Department of Public Health

Commissioner Christine C. Ferguson
Massachusetts Dept. of Public Health
250 Washington St
Boston MA 02108-4619
(617) 624-6000

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MATHEW D. STAVER., ESQ.
Florida Bar No. 0701092
(Lead Trial Counsel)
Liberty Counsel
210 E. Palmetto Ave.
Longwood, FL 32750
Telephone:(407) 875-2100
Telefacsimile:(407) 875-0770
Attorney for Plaintiff

CHESTER DARLING, ESQ.
BBO# 114320
Citizens for the Preservation
Of Constitutional Rights, Inc.
306 Dartmouth Street
Boston, MA 02116
Telephone: (617) 536-1776
Telefacsimile: (978) 470-2219
Local Counsel for Plaintiff

an answer to the complaint which is herewith served upon you, within **TWENTY (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

_____

(BY) DEPUTY CLERK

5-10-04

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

---

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 5/10/04 |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| Rosalind Applebaum | Constable & Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:    Peter Sacks, Asst Attorney General
    Office of Attorney General
    1 Ashburton Pl/Rm 2019 – Boston MA
    For:  Commissioner Christine C Ferguson/Mass Dept of Public Health

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and _____
discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____
    _____

☐ Returned unexecuted: _____
    _____
    _____
    _____

☐ Other (specify): _____
    _____
    _____

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____5/10/04_____
          *Date*

*Signature of Server*
FIRST CONSTABLE SERVICE
143 Dorchester St #368
South Boston MA 02127
*Address of Server*

---

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Docket # 04-10921 JLT    Robert P Largess  -v-  Mass Supreme Judicial Court, et al

Along with Summons & Complaint for Temp Restraining Order, Preliminary & Permanent
        Injunction Relief
        MOTION for Preliminary Injunction & Temp Restraining Order
        MEMORANDUM of Law in Support
        TEMPORARY Restraining Order
        Affidavit of J L OSTER
        Plaintiff's Motion for Waiver of Posting Security Bond to obtain Temp Restraining
                Order and Preliminary Injunction
        Plaintiff's Affidavit for a Waiver of Posting Security Bond to obtain Temp
                Restraining Order and Preliminary Injunction
        Memorandum in Support of Plaintiff's Motion
        Motion of Attorney Matthew D Staver to Proceed PRO HAC VICE
        Motion of Attorney Joel L Oster        "    "       "   "   "
        Motion of Attorney Erik W Stanley      "    "       "   "   "
        Motion of Rena M Lindevaldsen          "    "       "   "   "
        Motion of Stephen M Crampton           "    "       "   "   "
        Certificate of Stephen M Crampton
        Motion and Declaration of Robert J Muise ot appear PRO HAC VICE