AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
### DISTRICT OF MASSACHUSETTS

ROBERT P. LARGESS,

Plaintiff(s),

v.

MASSACHUSETTS SUPREME JUDICIAL COURT, ET AL.,

Defendant(s).

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 - 10921 JLT

TO: (Name and address of defendant)

**SERVE:** Judy A. McCarthy, City of Boston, City Registrar

CITY AND TOWN CLERKS 1-350
Ms. Judy McCarthy
City Registrar
City of Boston
1 City Hall Plaza, Rm 213
Boston MA 02201
(617) 635-4175

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| MATHEW D. STAVER., ESQ. | CHESTER DARLING, ESQ. |
| Florida Bar No. 0701092 | BBO# 114320 |
| (Lead Trial Counsel) | Citizens for the Preservation |
| Liberty Counsel | Of Constitutional Rights, Inc. |
| 210 E. Palmetto Ave. | 306 Dartmouth Street |
| Longwood, FL 32750 | Boston, MA 02116 |
| Telephone:(407) 875-2100 | Telephone: (617) 536-1776 |
| Telefacsimile:(407) 875-0770 | Telefacsimile: (978) 470-2219 |
| Attorney for Plaintiff | Local Counsel for Plaintiff |

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                                5-10-04
_____                                          _____
CLERK                                                                              DATE

_____
(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 5/10/04 |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| Rosalind Applebaum | Constable & a Disinterested Person |

*Check one box below to indicate appropriate method of service*

[x] Served Personally upon the Defendant. Place where served: Judy A McCarthy, City Registrar  City of Boston
1 City Hall Plaza/Rm 213, Boston MA
FOR: City and Town Clerks 1-350

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/10/04
            *Date*

*Signature of Server*
FIRST CONSTABLE SERVICE
143 Dorchester St #368 - So Boston MA 02127
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Docket # 04-10921 JLT    Robert P Largess  -v-  Mass Supreme Judicial Court, et al

Along with Summons & Complaint for Temp Restraining Order, Preliminary & Permanent
    Injunction Relief
    MOTION for Preliminary Injunction & Temp Restraining Order
    MEMORANDUM of Law in Support
    TEMPORARY Restraining Order
    Affidavit of J L OSTER
    Plaintiff's Motion for Waiver of Posting Security Bond to obtain Temp Restraining
        Order and Preliminary Injunction
    Plaintiff's Affidavit for a Waiver of Posting Security Bond to obtain Temp
        Restraining Order and Preliminary Injunction
    Memorandum in Support of Plaintiff's Motion
    Motion of Attorney Matthew D Staver to Proceed PRO HAC VICE
    Motion of Attorney Joel L Oster          "    "    "    "    "
    Motion of Attorney Erik W Stanley         "    "    "    "    "
    Motion of Rena M Lindevaldsen             "    "    "    "    "
    Motion of Stephen M Crampton              "    "    "    "    "
    Certificate of Stephen M Crampton
    Motion and Declaration of Robert J Muise ot appear PRO HAC VICE