IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT P. LARGESS )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SUPREME JUDICIAL COURT FOR THE )<br>STATE OF MASSACHUSETTS; )<br>CHIEF JUSTICE MARGARET MARSHALL, )<br>JUSTICE ROBERT J. CORDY, JUSTICE )<br>JUDITH A. COWIN, JUSTICE JOHN M. )<br>GREANEY, JUSTICE RODERICK L. IRELAND, )<br>JUSTICE MARTHA B. SOSMAN, JUSTICE )<br>FRANCIS X. SPINA, in their official capacities )<br>as Justices of the Supreme Judicial Court of )<br>Massachusetts; MASSACHUSETTS )<br>DEPARTMENT OF PUBLIC HEALTH; )<br>CHRISTINE C. FERGUSON, in her official )<br>capacity as Commissioner of the Massachusetts )<br>Department of Public Health; JUDY A. )<br>McCARTHY, in her official capacity as City )<br>Registrar for the City of Boston; CITY AND )<br>TOWN CLERKS 1-350, )<br>)<br>Defendants. )<br>) | Case No.<br><br>**04-10921 JLT**<br><br>FILING FEE PAID:<br>RECEIPT # 55740<br>AMOUNT $ 50.00<br>BY DPTY CLK<br>DATE 5/10/04 |

**MOTION OF ATTORNEY STEPHEN M. CRAMPTON TO
APPEAR PRO HAC VICE**

## MOTION OF ATTORNEY STEPHEN M. CRAMPTON TO APPEAR PRO HAC VICE

COMES NOW the undersigned attorney, pursuant to Local Rules of Practice for the United States District Court for the District of Massachusetts, Local Rule 83.5.3, and petitions this Court for permission for Stephen M. Crampton to appear Pro Hac Vice on behalf of the above-named Plaintiffs, and in support thereof would show unto the Court as follows:

1. Stephen M. Crampton resides in Lee County, Mississippi. His office address is 100 Parkgate Drive, Suite 2-B, Tupelo, Mississippi 38801.

2. Mr. Crampton has been admitted to the following courts:

| JURISDICTION | ADMITTED | STATUS |
| --- | --- | --- |
| U.S. Supreme Court | 9/9/94 | In Good Standing |
| First Circuit Court of Appeals | 1/28/00 | In Good Standing |
| Second Circuit Court of Appeals | 7/7/97 | In Good Standing |
| Third Circuit Court of Appeals | 1/13/00 | In Good Standing |
| Fourth Circuit Court of Appeals | 10/30/98 | In Good Standing |
| Fifth Circuit Court of Appeals | 10/25/94 | In Good Standing |
| Sixth Circuit Court of Appeals | 2/2/87 | In Good Standing |
| Seventh Circuit Court of Appeals | 5/12/95 | In Good Standing |
| Eighth Circuit Court of Appeals | 11/1/00 | In Good Standing |
| Ninth Circuit Court of Appeals | 5/14/97 | In Good Standing |
| Tenth Circuit Court of Appeals | 5/22/00 | In Good Standing |
| Eleventh Circuit Court of Appeals | 5/5/95 | In Good Standing |

| **JURISDICTION** | **ADMITTED** | **STATUS** |
|---|---|---|
| U.S. Court of Appeals, D.C. Circuit | 7/31/00 | In Good Standing |
| U. S. Dist. Court for Northern Dist. of MS | 4/27/95 | In Good Standing |
| U.S. Dist. Court for Southern Dist. of MS | 4/27/95 | In Good Standing |
| U.S. Dist. Court for District of NM | 7/17/89 | In Good Standing |
| Dist. Court for Middle Dist. of TN | 6/29/95 | In Good Standing |
| U.S. Dist. Court for Colorado | 1/23/98 | In Good Standing |
| U.S. Dist. Court for Eastern Dist. Of WI | 11/20/97 | In Good Standing |
| Supreme Court of Mississippi, #9952 | 4/27/95 | In Good Standing |
| Supreme Court of Texas, #05005020 | 5/10/85 | In Good Standing |
| Supreme Court of New Mexico, #3744 | 9/26/84 | In Good Standing |
| Supreme Court of Tennessee, #011813 | 4/28/86 | In Good Standing |

3. Mr. Crampton received his J.D. from the University of New Mexico School of Law in 1984. He has practiced law continuously since 1984, and has participated in trials both in state and federal courts.

4. Mr. Crampton has not been held in contempt of court, censured, suspended or disbarred by any court.

5. A certificate of good standing from the Supreme Court of the State of Mississippi is attached to this motion.

7. Mr. Crampton is familiar with the provisions of the Judicial Code (Title 28 U.S.C.), which pertain to the jurisdiction of, and practice in the United States District Courts; the Federal Rules of Civil Procedure and the Federal Rules of Evidence; the Local Rules of the District Court for the District of Massachusetts; and the Code of

- 3 -

Professional Responsibility of the American Bar Association. Mr. Crampton further affirms faithful adherence to these Rules and responsibilities.

8. It is necessary for Mr. Crampton to appear in this matter because of his expertise in the issues presented in this case.

WHEREFORE the undersigned counsel, respectfully requests that this Court grant permission for Stephen M. Crampton to appear Pro Hac Vice.

Dated this 7th day of May, 2004.

Respectfully submitted,

*[signature]*

Stephen M. Crampton
Chief Counsel
AMERICAN FAMILY ASSOCIATION
CENTER FOR LAW & POLICY
P.O. Drawer 2440/100 Parkgate Drive
Tupelo, MS  38803
662-680-3886 (tel)
662-844-4234 (fax)

# The Supreme Court of Mississippi



### Certificate of Good Standing

I, Betty W. Sephton, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Stephen M. Crampton** was duly and legally admitted to practice law before the Supreme Court of Mississippi on April 27, 1995, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on March 29, 2004, with the seal of the Supreme Court of Mississippi affixed.

The Supreme Court of Mississippi

Betty W. Sephton
CLERK