IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT P. LARGESS )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SUPREME JUDICIAL COURT FOR THE )<br>STATE OF MASSACHUSETTS; )<br>CHIEF JUSTICE MARGARET MARSHALL, )<br>JUSTICE ROBERT J. CORDY, JUSTICE )<br>JUDITH A. COWIN, JUSTICE JOHN M. )<br>GREANEY, JUSTICE RODERICK L. IRELAND, )<br>JUSTICE MARTHA B. SOSMAN, JUSTICE )<br>FRANCIS X. SPINA, in their official capacities )<br>as Justices of the Supreme Judicial Court of )<br>Massachusetts; MASSACHUSETTS )<br>DEPARTMENT OF PUBLIC HEALTH; )<br>CHRISTINE C. FERGUSON, in her official )<br>capacity as Commissioner of the Massachusetts )<br>Department of Public Health; JUDY A. )<br>McCARTHY, in her official capacity as City )<br>Registrar for the City of Boston; CITY AND )<br>TOWN CLERKS 1-350, )<br>)<br>Defendants. )<br>_____ ) | Case No.<br><br>**04-10921 JLT** |

**CERTIFICATE OF STEPHEN M. CRAMPTON**

## CERTIFICATE OF STEPHEN M. CRAMPTON

The undersigned, Stephen M. Crampton, in accordance with the provisions of Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, hereby certifies as follows:

1. I reside in Lee County, Mississippi. My office address is 100 Parkgate Drive, Suite 2-B, Tupelo, Mississippi 38801.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jursidiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated this 7th day of May, 2004.

Respectfully Submitted,

Stephen M. Crampton
Chief Counsel
AMERICAN FAMILY ASSOCIATION
CENTER FOR LAW & POLICY
P.O. Drawer 2440/100 Parkgate Drive
Tupelo, MS 38803
662-680-3886 (tel)
662-844-4234 (fax)

Certificate of Mathew Staver - Page 1