IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT P. LARGESS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. |
| ) | |
| SUPREME JUDICIAL COURT FOR THE ) | 04-10921 JLT |
| STATE OF MASSACHUSETTS; ) | |
| CHIEF JUSTICE MARGARET MARSHALL, ) | |
| JUSTICE ROBERT J. CORDY, JUSTICE ) | |
| JUDITH A. COWIN, JUSTICE JOHN M. ) | |
| GREANEY, JUSTICE RODERICK L. IRELAND, ) | |
| JUSTICE MARTHA B. SOSMAN, JUSTICE ) | |
| FRANCIS X. SPINA, in their official capacities ) | |
| as Justices of the Supreme Judicial Court of ) | FILING FEE PAID: |
| Massachusetts; MASSACHUSETTS ) | RECEIPT # 55040 |
| DEPARTMENT OF PUBLIC HEALTH; ) | AMOUNT $ 52.00 |
| CHRISTINE C. FERGUSON, in her official ) | BY DPTY CLK |
| capacity as Commissioner of the Massachusetts ) | DATE 5/10/04 |
| Department of Public Health; JUDY A. ) | |
| McCARTHY, in her official capacity as City ) | |
| Registrar for the City of Boston; CITY AND ) | |
| TOWN CLERKS 1-350, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION AND DECLARATION OF ROBERT J. MUISE TO
APPEAR PRO HAC VICE**

## CERTIFICATION/DECLARATION PURSUANT TO RULE 83.5.3 IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

I make this declaration pursuant to 28 U.S.C. § 1746 and based on my personal knowledge.

1. My full name is Robert Joseph Muise.

2. I practice under the following firm name or letterhead:

   Name: Thomas More Law Center

   Address: 3475 Plymouth Road, Suite 100, Ann Arbor, Michigan 48105-2550.

   Telephone Number: (734) 827-2001

   Fax: (734) 998-4778

   Email address: rmuise@thomasmore.org

3. I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| New Hampshire Supreme Court (and all New Hampshire state courts) | November 3, 1997 | 12953 |
| Michigan Supreme Court (and all Michigan state courts) | September 20, 2001 | P62849 |
| United States Supreme Court | November 4, 2002 | NA |
| United States Court of Appeals for the 2nd Circuit | March 31, 2004 | NA |
| United States Court of Appeals for the 3rd Circuit | January 22, 2001 | NA |
| United States Court of Appeals for the 6th Circuit | May 8, 2000 | NA |
| United States Court of Appeals for the 7th Circuit | April 6, 2000 | NA |

1

| | | |
|---|---|---|
| United States Court of Appeals for the 9th Circuit | November 8, 2002 | NA |
| United States Court of Appeals for the 10th Circuit | January 26, 2004 | NA |
| United States District Court for the Western District of Michigan | April 24, 2000 | NA |
| United States District Court for the Eastern District of Michigan | November 8, 2000 | NA |
| Court of Appeals for the Armed Forces (CAAF) | March 16, 1998 | NA |

4.  I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

5.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7.  I have retained local counsel who is a member of the bar of this Court to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate in the preparation and prosecution of the case or proceedings to the extent required by the Court and the Local Rules.

8.  I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed in Ann Arbor, Michigan, on the 7th day of May, 2004.

Robert J. Muise (MI State Bar No. P62849)
(NH State Bar No. 12953)
THOMAS MORE LAW CENTER
3475 Plymouth Road, Suite 100
Ann Arbor, MI 48105-2550
Tel: (734) 827-2001
Fax: (734) 998-4778
rmuise@thomasmore.org

3