IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT P. LARGESS<br><br>Plaintiff,<br><br>vs.<br><br>SUPREME JUDICIAL COURT FOR THE STATE OF MASSACHUSETTS; CHIEF JUSTICE MARGARET MARSHALL, JUSTICE ROBERT J. CORDY, JUSTICE JUDITH A. COWIN, JUSTICE JOHN M. GREANEY, JUSTICE RODERICK L. IRELAND, JUSTICE MARTHA B. SOSMAN, JUSTICE FRANCIS X. SPINA, in their official capacities as Justices of the Supreme Judicial Court of Massachusetts; MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH; CHRISTINE C. FERGUSON, in her official capacity as Commissioner of the Massachusetts Department of Public Health; JUDY A. McCARTHY, in her official capacity as City Registrar for the City of Boston; CITY AND TOWN CLERKS 1-350,<br><br>Defendants. | Case No.<br><br>**04-10921 JLT**<br><br>FILING FEE PAID: _____<br>RECEIPT # _____<br>AMOUNT $ _____<br>BY DPTY CLK _____<br>DATE _____ |

**MOTION FOR ATTORNEY ERIK W. STANLEY TO PROCEED PRO HAC VICE**

COMES NOW the undersigned attorney, pursuant to Local Rules of Practice for the United States District Court for the District of Massachusetts, Local Rule 83.5.3, and petitions this Court for permission for Erik W. Stanley to appear Pro Hac Vice on behalf of the above-named Plaintiff, and in support thereof would show unto the Court as follows:

1. Erik W. Stanley resides in Seminole County, Florida, and his office address is 210 East Palmetto Avenue, Longwood, Florida, 32750.

Motion for Attorney Erik W. Stanley to Proceed Pro Hac Vice - Page 1

2.     Erik W. Stanley has been admitted to the following courts:

Florida Supreme Court (includes all Florida State Courts) - 9/22/99

U.S. District Court for the Middle District of Florida - 11/16/99

U.S. District Court for the Eastern District of Wisconsin - 3/27/00

U.S. District Court for the Southern District of Texas - 7/31/00

U.S. District Court for the Western District of Michigan - 5/9/01

U.S. District Courts for the Eastern and Western Districts of Arkansas - 8/28/01

U.S. Court of Appeals for the Eleventh Circuit - 11/19/99

U.S. Court of Appeals for the Sixth Circuit - 5/1/00

U.S. Court of Appeals for the Seventh Circuit - 10/5/00

U.S. Court of Appeals for the Third Circuit - 8/9/02

Erik W. Stanley's status is active in all courts.

3.     Erik W. Stanley received his J.D. from Temple University School of Law in 1999. He has practiced law continuously since 1999, and has participated in trials both in state and federal courts.

4.     Erik W. Stanley has not been held in contempt of court, censured, suspended or disbarred by any court. Erik Stanley is in good standing with the Supreme Court of the State of Florida.

5.     A Certificate of Good Standing from the Supreme Court of the State of Florida is attached to this Motion.

6.     Erik W. Stanley is familiar with the provisions of the Judicial Code (Title 28 U.S.C.), which pertain to the jurisdiction of, and practice in, the United States District Courts; the Federal

Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Local Rules of the District Court for the District of Massachusetts; and the Code of Professional Responsibility of the American Bar Association. Erik W. Stanley further affirms faithful adherence to these Rules and responsibilities.

7.  Erik W. Stanley has retained local counsel who is a member of the bar of this Court to assist in the representation in this case, and agrees that local counsel will sign all pleadings or other papers and participate in the preparation and prosecution of the case or proceedings to the extent required by the Court and the Local Rules.

WHEREFORE the undersigned counsel, respectfully requests that the Court grant permission for Erik W. Stanley to appear Pro Hac Vice in the above-captioned cause.

Dated this 10th day of May, 2004.

Respectfully Submitted,

_/s/ Erik W. Stanley for_
Chester Darling
BBO# 114320
CITIZENS FOR THE PRESERVATION
OF CONSTITUTIONAL RIGHTS, INC.
306 Dartmouth Street
Boston, MA 02116
Telephone: (617) 536-1776
Telefacsimile: (978) 470-2219
Local Counsel for Plaintiff

_/s/ Erik W. Stanley_
Erik W. Stanley
Florida Bar No. 0183504
LIBERTY COUNSEL
210 East Palmetto Avenue
Longwood, FL 32750
Telephone: (407) 875-2100
Telefacsimile: (407) 875-0770
Attorneys for Plaintiff

# Supreme Court of Florida
## Certificate of Good Standing

*I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### ERIK WILLIAM STANLEY

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **September 22, 1999**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this April 27, 2004.*

Chief Deputy Clerk
_____
Clerk of the Supreme Court of Florida.