IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT P. LARGESS, <br><br> Plaintiff, <br><br> vs. <br><br> SUPREME JUDICIAL COURT FOR THE STATE OF MASSACHUSETTS; CHIEF JUSTICE MARGARET MARSHALL, JUSTICE ROBERT J. CORDY, JUSTICE JUDITH A. COWIN, JUSTICE JOHN M. GREANEY, JUSTICE RODERICK L. IRELAND, JUSTICE MARTHA B. SOSMAN, JUSTICE FRANCIS X. SPINA, in their official capacities as Justices of the Supreme Judicial Court of Massachusetts; MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH; CHRISTINE C. FERGUSON, in her official capacity as Commissioner of the Massachusetts Department of Public Health; JUDY A. McCARTHY, in her official capacity as City Registrar for the City of Boston; CITY AND TOWN CLERKS 1-350, <br><br> Defendants. | Case No. <br><br> 04-10921 JLT |

### CERTIFICATE OF ERIK W. STANLEY

The undersigned, Erik W. Stanley, in accordance with the provisions of Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, hereby certifies as follows:

1. I reside in Seminole County, Florida, and my office address is 210 East Palmetto Avenue, Longwood, Florida, 32750.

2. I am a member of the bar in good standing in every jurisdiction where I have been

admitted to practice.

3.  There are no disciplinary proceedings pending against me as a member of the bar in any jursidiction.

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated this 8th day of May, 2003.

Respectfully Submitted,

_____
Erik W. Stanley
 Florida Bar No. 0183504
LIBERTY COUNSEL
210 East Palmetto Avenue
Longwood, FL 32750
Telephone: (407) 875-2100
Telefacsimile: (407) 875-0770

Certificate of Erik W. Stanley - Page 2