IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT P. LARGESS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| SUPREME JUDICIAL COURT FOR THE | ) | 04 - 10921 JLT |
| STATE OF MASSACHUSETTS; | ) | |
| CHIEF JUSTICE MARGARET MARSHALL, | ) | |
| JUSTICE ROBERT J. CORDY, JUSTICE | ) | |
| JUDITH A. COWIN, JUSTICE JOHN M. | ) | |
| GREANEY, JUSTICE RODERICK L. IRELAND, | ) | |
| JUSTICE MARTHA B. SOSMAN, JUSTICE | ) | |
| FRANCIS X. SPINA, in their official capacities | ) | |
| as Justices of the Supreme Judicial Court of | ) | |
| Massachusetts; MASSACHUSETTS | ) | |
| DEPARTMENT OF PUBLIC HEALTH; | ) | |
| CHRISTINE C. FERGUSON, in her official | ) | FILING FEE PAID; |
| capacity as Commissioner of the Massachusetts | ) | RECEIPT # _____ |
| Department of Public Health; JUDY A. | ) | AMOUNT $ _____ |
| McCARTHY, in her official capacity as City | ) | BY DPTY CLK _____ |
| Registrar for the City of Boston; CITY AND | ) | DATE _____ |
| TOWN CLERKS 1-350, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION FOR ATTORNEY JOEL L. OSTER TO PROCEED PRO HAC VICE**

COMES NOW the undersigned attorney, pursuant to Local Rules of Practice for the United

States District Court for the District of Massachusetts, Local Rule 83.5.3, and petitions this Court

for permission for Joel L. Oster to appear Pro Hac Vice on behalf of the above-named Plaintiffs, and

in support thereof would show unto the Court as follows:

1.      Joel L. Oster resides in Seminole County, Florida, and his office address is 210 East

Palmetto Avenue, Longwood, Florida, 32750.

Motion for Attorney Joel L. Oster to Proceed Pro Hac Vice - Page 1

2.      Joel L. Oster has been admitted to the following courts:

Kansas Supreme Court (includes all Kansas State Courts) - 4/24/98

U.S. District Court for the District of Kansas - 4/24/98

Missouri Supreme Court - 11/3/98

U.S. District Court for the Western District of Missouri - 11/3/98

U.S. District Court for the Eastern District of Wisconsin - 4/12/01

U.S. Court of Appeals for the Seventh Circuit - 5/4/01

U.S. District Court for the Western District of Michigan - 5/9/01

3.      Joel L. Oster received his J.D. from University of Kansas School of Law in 1997. He has practiced law continuously since 1997, and has participated in trials both in state and federal courts.

4.      Joel L. Oster has not been held in contempt of court, censured, suspended or disbarred by any court. Joel Oster is in good standing with the Supreme Court of the State of Kansas.

5.      A Certificate of Good Standing from the Supreme Court of the State of Kansas is attached to this Motion.

6.      Joel L. Oster is familiar with the provisions of the Judicial Code (Title 28 U.S.C.), which pertain to the jurisdiction of, and practice in, the United States District Courts; the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Local Rules of the District Court for the District of Massachusetts; and the Code of Professional Responsibility of the American Bar Association. Joel L. Oster further affirms faithful adherence to these Rules and responsibilities.

7.      Joel L. Oster has retained local counsel who is a member of the bar of this Court to

assist in the representation in this case, and agrees that local counsel will sign all pleadings or other papers and participate in the preparation and prosecution of the case or proceedings to the extent required by the Court and the Local Rules.

WHEREFORE the undersigned counsel, respectfully requests that the Court grant permission for Joel L. Oster to appear Pro Hac Vice in the above-captioned cause.

Dated this 10th day of May, 2004.

Respectfully Submitted,

Chester Darling by RMM

Chester Darling
 BBO# 114320
CITIZENS FOR THE PRESERVATION
OF CONSTITUTIONAL RIGHTS, INC.
306 Dartmouth Street
Boston, MA 02116
Telephone: (617) 536-1776
Telefacsimile: (978) 470-2219
Local Counsel for Plaintiff

Joel L. Oster
 Florida Bar No. 0659746
LIBERTY COUNSEL
210 East Palmetto Avenue
Longwood, FL 32750
Telephone: (407) 875-2100
Telefacsimile: (407) 875-0770
Attorneys for Plaintiff

# Supreme Court of Florida

## Certificate of Good Standing

*I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### JOEL L. OSTER

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **September 18, 2003,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this April 27, 2004.*

Chief Deputy Clerk

Clerk of the Supreme Court of Florida.