IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT P. LARGESS )
)
Plaintiff, )
)
vs. )            Case No.
)
SUPREME JUDICIAL COURT FOR THE )
STATE OF MASSACHUSETTS; )            **04-10921 JLT**
CHIEF JUSTICE MARGARET MARSHALL, )
JUSTICE ROBERT J. CORDY, JUSTICE )
JUDITH A. COWIN, JUSTICE JOHN M. )
GREANEY, JUSTICE RODERICK L. IRELAND, )
JUSTICE MARTHA B. SOSMAN, JUSTICE )
FRANCIS X. SPINA, in their official capacities )
as Justices of the Supreme Judicial Court of )
Massachusetts; MASSACHUSETTS )
DEPARTMENT OF PUBLIC HEALTH; )
CHRISTINE C. FERGUSON, in her official )
capacity as Commissioner of the Massachusetts )
Department of Public Health; JUDY A. )
McCARTHY, in her official capacity as City )
Registrar for the City of Boston; CITY AND )
TOWN CLERKS 1-350, )
)
Defendants. )
_____ )

FILING FEE PAID:
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____
DATE_____

## MOTION FOR ATTORNEY RENA M. LINDEVALDSEN TO PROCEED PRO HAC VICE

COMES NOW the undersigned attorneys, pursuant to Local Rules of Practice for the United

States District Court for the District of Massachusetts, Local Rule 83.5.3, and petitions this Court

for permission for Rena M. Lindevaldsen to appear Pro Hac Vice on behalf of the above-named

Plaintiff, and in support thereof would show unto the Court as follows:

1.      The undersigned resides in Orange County, Florida, and her office address is 210 East

Motion for Attorney Rena M. Lindevaldsen to Proceed Pro Hac Vice - Page 1

Palmetto Avenue, Longwood, Florida, 32750.

2.      The undersigned has been admitted to the following courts:

New York Court of Appeals (includes all New York State Courts) - 5/8/96

U.S. District Court for the Southern District of New York - 3/17/98

U.S. District Court for the Eastern District of New York - 7/16/98

U.S. Court of Appeals for the Second Circuit - 10/01/02

U.S. Court of Appeals for the Fifth Circuit - 2/26/03

Supreme Court of the United States - 3/10/03

U.S. Court of Appeals for the Fourth Circuit - 4/17/03

U.S. District Court for the Eastern District of Wisconsin - 6/9/03

Florida Supreme Court - 9/18/03

The undersigned's status is active in all courts and applicant is in good standing with the bar of every such jurisdiction.

3.      Rena Lindevaldsen received her J.D. from Brooklyn Law School in 1995. She has practiced law continuously since she was admitted to the New York Bar in May 1996, and has participated in matters both in state and federal courts.

4.      The undersigned is in good standing with the State Bars of New York and Florida and has not been disciplined by any court.

5.      A Certificate of Good Standing from the Supreme Court of the State of Florida is attached to this Motion.

6.      The undersigned is familiar with the provisions of the Judicial Code (Title 28 U.S.C.), which pertain to the jurisdiction of, and practice in, the United States District Courts; the Federal

Motion for Attorney Rena M. Lindevaldsen to Proceed Pro Hac Vice - Page 2

Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Local Rules

of the District Court for the District of Massachusetts; and the Code of Professional Responsibility

of the American Bar Association. The undersigned further affirms faithful adherence to these Rules

and responsibilities.

7.    The undersigned has retained local counsel who is a member of the bar of this Court

to assist in the representation in this case, and agrees that local counsel will sign all pleadings or

other papers and participate in the preparation and prosecution of the case or proceedings to the

extent required by the Court and the Local Rules.

WHEREFORE the undersigned counsel, respectfully requests that this Court grant

permission for Rena Lindevaldsen to appear Pro Hac Vice in the above-captioned cause.

Dated this 10th day of May, 2004.

Respectfully Submitted,

Chester Darling
BBO# 114320
CITIZENS FOR THE PRESERVATION
OF CONSTITUTIONAL RIGHTS, INC.
306 Dartmouth Street
Boston, MA 02116
Telephone: (617) 536-1776
Telefacsimile: (978) 470-2219
Local Counsel for Plaintiff

Rena M. Lindevaldsen
Florida Bar No. 0659045
LIBERTY COUNSEL
210 East Palmetto Avenue
Longwood, FL 32750
Telephone: (407) 875-2100
Telefacsimile: (407) 875-0770
Attorney for Plaintiff

Motion for Attorney Rena M. Lindevaldsen to Proceed Pro Hac Vice - Page 3

# Supreme Court of Florida
## Certificate of Good Standing

*I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### RENA MARI-ANNE LINDEVALDSEN

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **September 18, 2003**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this April 27, 2004.*

Deputy Clerk

*Clerk of the Supreme Court of Florida.*