IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT P. LARGESS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. |
| ) | |
| SUPREME JUDICIAL COURT FOR THE ) | 04-10921 JLT |
| STATE OF MASSACHUSETTS; ) | |
| CHIEF JUSTICE MARGARET MARSHALL, ) | |
| JUSTICE ROBERT J. CORDY, JUSTICE ) | |
| JUDITH A. COWIN, JUSTICE JOHN M. ) | |
| GREANEY, JUSTICE RODERICK L. IRELAND, ) | |
| JUSTICE MARTHA B. SOSMAN, JUSTICE ) | |
| FRANCIS X. SPINA, in their official capacities ) | |
| as Justices of the Supreme Judicial Court of ) | |
| Massachusetts; MASSACHUSETTS ) | |
| DEPARTMENT OF PUBLIC HEALTH; ) | |
| CHRISTINE C. FERGUSON, in her official ) | |
| capacity as Commissioner of the Massachusetts ) | |
| Department of Public Health; JUDY A. ) | |
| McCARTHY, in her official capacity as City ) | |
| Registrar for the City of Boston; CITY AND ) | |
| TOWN CLERKS 1-350, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### CERTIFICATE OF RENA M. LINDEVALDSEN

The undersigned, Rena M. Lindevaldsen, in accordance with the provisions of Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, hereby certifies as follows:

1.  I reside in Seminole County, Florida, and my office address is 210 East Palmetto Avenue, Longwood, Florida, 32750.

2.  I am a member of the bar in good standing in every jurisdiction where I have been

admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jursidiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated this 10th day of May, 2004.

Respectfully Submitted,

*Rena M Lindevaldsen*

Rena M. Lindevaldsen
Florida Bar No. 0659045
LIBERTY COUNSEL
210 East Palmetto Avenue
Longwood, FL 32750
Telephone: (407) 875-2100
Telefacsimile: (407) 875-0770