IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT P. LARGESS, REP. MARK J. CARRON, REP. EMILE J. GOGUEN, REP. ROBERT S. HARGRAVES, REP. PETER J. LARKIN, REP. JAMES R. MICELI, REP. PHILIP TRAVIS, SEN. STEVEN C. PANAGIOTAKOS, REP. CHRISTOPHER P. ASSELIN, REP. EDWARD G. CONNOLLY, REP. JOHN A. LEPPER, REP. ELIZABETH A. POIRIER,<br><br>Plaintiffs,<br><br>vs.<br><br>SUPREME JUDICIAL COURT FOR THE STATE OF MASSACHUSETTS; CHIEF JUSTICE MARGARET MARSHALL, JUSTICE ROBERT J. CORDY, JUSTICE JUDITH A. COWIN, JUSTICE JOHN M. GREANEY, JUSTICE RODERICK L. IRELAND, JUSTICE MARTHA B. SOSMAN, JUSTICE FRANCIS X. SPINA, in their official capacities as Justices of the Supreme Judicial Court of Massachusetts; MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH; CHRISTINE C. FERGUSON, in her official capacity as Commissioner of the Massachusetts Department of Public Health; JUDY A. McCARTHY, in her official capacity as City Registrar for the City of Boston; CITY AND TOWN CLERKS 1-350,<br><br>Defendants. | Case No. 04-10921-JLT |

## PLAINTIFFS' RENEWED MOTION FOR DECLARATORY RELIEF, TEMPORARY RESTRAINING ORDER, AND PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF

COME NOW the Plaintiffs, by and through their undersigned counsel, pursuant to Fed. R.

Renewed Motion for Preliminary Injunction and Temporary Restraining Order - Page 1

Civ. P. 65, and respectfully request that this Court issue a Temporary Restraining Order declaratory Judgment, and Preliminary and Permanent Injunctive Relief, and in support thereof, state as follows:

1. This is a civil action whereby Plaintiffs seek Declaratory Judgment, Preliminary and Permanent Injunctive Relief, and a Temporary Restraining Order. Plaintiffs seek Preliminary and Permanent Injunctive Relief, enjoining Defendants, the Supreme Judicial Court, Justices Marshall, Greaney, Ireland, Spina, Cowin, Sosman and Cordy, Department of Public Health, Commissioner of Public Health, City of Boston City Registrar, City and Town Clerks Nos. 1 through 350, their agents, servants and employees and those acting in active concert and with actual notice thereof, from enforcing *Goodridge v. Department of Public Health*, 440 Mass. 309 (2003) so as to permit the issuance of marriage licenses to same-sex couples, or the recording of those licenses.

2. Plaintiffs specifically incorporate the facts as set forth in the Amended Complaint. This motion is based on the motion and accompanying Memorandum of Law, Amended Complaint, and all other papers filed by Plaintiffs in this case.

3. An actual controversy exists between the parties involving substantial constitutional issues, in that the actions of the Supreme Judicial Court in exercising jurisdiction over the *Goodridge* case and, separately, in redefining marriage, constitute actions delegated to other branches of the government under the Massachusetts constitution, thereby violating the federal constitutional guarantee to the citizens of Massachusetts to a republican form of government.

4. Plaintiffs face a threat of irreparable harm as the *Goodridge* decision will be implemented effective May 17, 2004, with clerks throughout the state issuing marriage licenses to same-sex couples. Some of those couples will be from out of state and receive marriage licenses in violation of a state law that prohibits the clerks from issuing marriage licenses to those whose states

do not permit the marriage.

5. Without the involvement of this Court, the citizens of the Commonwealth, the legislators of the State of Massachusetts, and in fact, individuals throughout the country, will face real and serious consequences as a result of implementation of the *Goodridge* decision.

6. Rule 65 of the Federal Rules of Civil Procedure authorizes the district court to grant a temporary restraining order and preliminary injunctive relief.

7. Plaintiffs are likely to succeed on the merits of their claim that the Supreme Judicial Court exceeded the scope of its authority, as granted to it by the people in the Massachusetts Constitution, in (i) hearing the *Goodridge* case, or (ii) wholly separate, in redefining "marriage." That violation of the separation of powers established by the state constitution constitutes a violation of the federal constitutional guarantee of a republican form of government.

8. Plaintiffs face a substantial threat of irreparable harm if this Court does not intervene. In particular, marriage licenses will begin to issue, premised on a decision that was rendered without authority and in violation of Plaintiffs' federal constitutional rights. Same sex couples from other states will come to Massachusetts, obtain a marriage license in violation of a state law that prohibits granting licenses to those whose state does not recognize the marriage, and will go to their home states to seek recognition. The Supreme Court of Vermont in *Baker v. State* recognized the type of havoc and chaos that could be caused by a quick change in the marital laws such as the type ordered by the *Goodridge* court.

9. Any harm to Defendants will be minimal, as the court lacked the authority to issue the decision. The harm to Plaintiffs is real and irreparable.

10. An order restraining and enjoining enforcement of the *Goodridge* decision is within

the public interest.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs believe oral argument will aid the Court in determining the issues presented by this Renewed Motion for Preliminary Injunction and Temporary Restraining Order. Therefore, Plaintiffs request that the Court grant oral argument on this motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand delivery this 11th day of May, 2004, to the following:

Mr. Charles Lyons
Assistant Corporate Counsel
City of Boston Law Department
One City Hall Plaza
Room 615
Boston MA 02201
(617) 635-2012 - Fax
Attorney for Judy McCarthy

Ms. Judy McCarthy
City Registrar
City of Boston
1 City Hall Plaza, Rm 213
Boston MA 02201
(617) 635-3775 - Fax
To be served for City and Town Clerks 1-350

Mr. Peter Sacks
Office of the Attorney General
1 Ashburton Place
Room 2019
Boston MA 02108
(617) 727-5785 - Fax
Attorney for Supreme Judicial Court for the State of Massachusetts, Chief Justice Margaret H. Marshall, Justice Robert J. Cordy, Justice Judith A. Cowin, Justice John M. Greaney, Justice Roderick L. Ireland, Justice Martha B. Sosman, Justice Francis X. Spina, Massachusetts Department of Public Health, and Christine Ferguson

(Counsel signatures next page)

*(signature)*
Chester Darling
BBO# 114320
CITIZENS FOR THE PRESERVATION
OF CONSTITUTIONAL RIGHTS, INC.
306 Dartmouth Street
Boston, MA 02116
Telephone: (617) 536-1776
Telefacsimile: (978) 470-2219
Local Counsel for Plaintiffs

Robert J. Muise*
 MI State Bar No. P62849
 NH State Bar No. 12953
THOMAS MORE LAW CENTER
3475 Plymouth Road, Suite 100
Ann Arbor, MI 48105-2550
Telephone: (734) 827-2001
Telefacsimile: (734) 998-4778
Attorney for Plaintiffs
*Subject to admission *pro hac vice*

Stephen M. Crampton*
 MS State Bar No. 9952
Brian Fahling*
 WA State Bar No. 18894
AFA CENTER FOR LAW AND POLICY
100 Parkgate Drive
P.O. Drawer 2440
Tupelo, MS 38803
Telephone: (662) 680-3886
Telefacsimile: (662) 844-4234
Attorneys for Plaintiffs
*Subject to admission *pro hac vice*

*(signature)*
Mathew D. Staver*
 Florida Bar No. 0701092
 (Lead Trial Counsel)
Erik W. Stanley*
 Florida Bar No. 0183504
Anita L. Staver*
 Florida Bar No. 0611131
Joel L. Oster*
 Florida Bar No. 0659746
Rena M. Lindevaldsen*
 Florida Bar No. 0659045
LIBERTY COUNSEL
210 East Palmetto Avenue
Longwood, FL 32750
Telephone: (407) 875-2100
Telefacsimile: (407) 875-0770
Attorneys for Plaintiffs
 *Subject to admission *pro hac vice*