IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT P. LARGESS, REP. MARK J. CARRON, REP. EMILE J. GOGUEN, REP. ROBERT S. HARGRAVES, REP. PETER J. LARKIN, REP. JAMES R. MICELI, REP. PHILIP TRAVIS, SEN. STEVEN C. PANAGIOTAKOS, REP. CHRISTOPHER P. ASSELIN, REP. EDWARD G. CONNOLLY, REP. JOHN A. LEPPER, REP. ELIZABETH A. POIRIER, <br><br>　　　Plaintiffs, <br><br>vs. <br><br>SUPREME JUDICIAL COURT FOR THE STATE OF MASSACHUSETTS; CHIEF JUSTICE MARGARET MARSHALL, JUSTICE ROBERT J. CORDY, JUSTICE JUDITH A. COWIN, JUSTICE JOHN M. GREANEY, JUSTICE RODERICK L. IRELAND, JUSTICE MARTHA B. SOSMAN, JUSTICE FRANCIS X. SPINA, in their official capacities as Justices of the Supreme Judicial Court of Massachusetts; MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH; CHRISTINE C. FERGUSON, in her official capacity as Commissioner of the Massachusetts Department of Public Health; JUDY A. McCARTHY, in her official capacity as City Registrar for the City of Boston; CITY AND TOWN CLERKS 1-350, <br><br>　　　Defendants. | Case No. 04-10921-JLT |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the **Amended Complaint for Temporary Restraining Order, Preliminary and Permanent Injunctive Relief, Declaratory**

Certificate of Service - Page 1

Relief; Renewed Motion for Temporary Restraining Order, Declaratory Judgment and Preliminary and Permanent Injunctive Relief; Memorandum of Law in Support of Plaintiffs' Renewed Motion for Declaratory Judgment, Temporary Restraining Order and Preliminary and Permanent Injunctive Relief; Affidavit of Robert Largess in support of Motion for Temporary Restraining Order, Declaratory Judgment and Preliminary and Permanent Injunctive Relief; Affidavits of Rep. Mark J. Carron, Rep. Emile J. Goguen, Rep. Robert S. Hargraves. Rep. Peter J. Larkin, Rep. James R. Miceli, Rep. Philip Travis, and Sen. Steven C. Panagiotakos, Rep. Christopher P. Asselin, Rep. Edward G. Connolly, Rep. John A. Lepper, Rep. Elizabeth A. Poirier in support of Motion for Temporary Restraining Order, Declaratory Judgment, Preliminary and Permanent Injunctive Relief have been furnished by personal service by hand delivery this 11th day of May, 2004, to the following:

Mr. Charles Lyons
Assistant Corporate Counsel
City of Boston Law Department
One City Hall Plaza
Room 615
Boston MA 02201
(617) 635-2012 - Fax
Attorney for Judy McCarthy

Ms. Judy McCarthy
City Registrar
City of Boston
1 City Hall Plaza, Rm 213
Boston MA 02201
(617) 635-3775 - Fax
To be served for City and Town Clerks 1-350

Mr. Peter Sacks
Office of the Attorney General
1 Ashburton Place
Room 2019
Boston MA 02108
(617) 727-5785 - Fax
Attorney for Supreme Judicial Court for the State of Massachusetts, Chief Justice Margaret H. Marshall, Justice Robert J. Cordy, Justice Judith A. Cowin, Justice John M. Greaney, Justice Roderick L. Ireland, Justice Martha B. Sosman, Justice Francis X. Spina, Massachusetts Department of Public Health, and Christine Ferguson

(Counsel signatures next page)

_____
Chester Darling
BBO# 114320
CITIZENS FOR THE PRESERVATION
OF CONSTITUTIONAL RIGHTS, INC.
306 Dartmouth Street
Boston, MA 02116
Telephone: (617) 536-1776
Telefacsimile: (978) 470-2219
Local Counsel for Plaintiffs

Robert J. Muise*
 MI State Bar No. P62849
 NH State Bar No. 12953
THOMAS MORE LAW CENTER
3475 Plymouth Road, Suite 100
Ann Arbor, MI 48105-2550
Telephone: (734) 827-2001
Telefacsimile: (734) 998-4778
Attorney for Plaintiffs
*Subject to admission *pro hac vice*

Stephen M. Crampton*
 MS State Bar No. 9952
Brian Fahling*
 WA State Bar No. 18894
AFA CENTER FOR LAW AND POLICY
100 Parkgate Drive
P.O. Drawer 2440
Tupelo, MS 38803
Telephone: (662) 680-3886
Telefacsimile: (662) 844-4234
Attorneys for Plaintiffs
*Subject to admission *pro hac vice*

_____
Mathew D. Staver*
 Florida Bar No. 0701092
 (Lead Trial Counsel)
Erik W. Stanley*
 Florida Bar No. 0183504
Anita L. Staver*
 Florida Bar No. 0611131
Joel L. Oster*
 Florida Bar No. 0659746
Rena M. Lindevaldsen*
 Florida Bar No. 0659045
LIBERTY COUNSEL
210 East Palmetto Avenue
Longwood, FL 32750
Telephone: (407) 875-2100
Telefacsimile: (407) 875-0770
Attorneys for Plaintiffs
*Subject to admission *pro hac vice*