U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No.: 04-10921 JLT

------------------------------------------------------------------X
ROBERT P. LARGESS, et al

        Plaintiff,

v.                        AFFIDAVIT

SUPREME JUDICIAL COURT FOR THE STATE
OF MASSACHUSETTS: CHIEF JUSTICE MARGARET
MARSHALL, JUSTICE ROBERT J. CORDY, JUSTICE
JUDITH A. COWIN, JUSTICE JOHN M. GREANEY,
JUSTICE RODERICK L. IRELAND, JUSTICE MARTHA
B. SOSMAN, JUSTICE FRANCIS X. SPINA, in their
official capacities of Justices of the Supreme Judicial Court
of Massachusetts; MASSACHUSETTS DEPARTMENT
OF PUBLIC HEALTH; CHRISTINE C. FERGUSON,
in her official capacity as Commissioner of the Massachusetts
Department of Public Health; JUDY A. McCARTHY, in her
official capacity as City Registrar for the City of Boston;
CITY AND TOWN CLERKS 1-350,

        Defendants.
------------------------------------------------------------------X

  I, ELIZABETH POIRIER, of North Attleborough, Massachusetts, being duly sworn upon my oath
according to law, depose and state:

  1. I am a member of the House of Representatives of the Commonwealth of Massachusetts.

  2. I am one of the Legislators seeking to prosecute a claim against the defendants in the above matter as more particularly set forth in the complaint herein.

  3. As a member of the Massachusetts Legislator my rights under the Massachusetts Constitution to decide matrimonial causes has been usurped by the defendants in the above entitled matter.

                             _/s/ Elizabeth A. Poirier_
                             ELIZABETH POIRIER

Sworn to before me this 11TH day of May, 2004

_/s/ Robert S. Hargraves_
ROBERT S. HARGRAVES
Notary Public
My Commission Expires February 25, 2005