UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT P. LARGESS,<br><br>    Plaintiff,<br><br>v.<br><br>SUPREME JUDICIAL COURT FOR THE STATE OF MASSACHUSETTS, <u>et al</u>.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 04-10921-JLT |

SUPREME JUDICIAL COURT AND JUSTICES' MOTION TO DISMISS
AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION

The Supreme Judicial Court for the Commonwealth of Massachusetts, and the Justices thereof, move pursuant to Fed. R. Civ. P. 12(b)(1) that this Court dismiss the amended complaint in its entirety for lack of subject matter jurisdiction. A memorandum in support of this motion, and in opposition to plaintiff's request for a temporary restraining order, is submitted herewith.

By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL


  /s/ Peter Sacks
Peter Sacks, BBO No. 548548
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108-1698
(617) 727-2200, ext. 2064

Date:   May 11, 2004

## CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

      I hereby certify that I have conferred in good faith with plaintiff's counsel in an effort to resolve or narrow the issues raised by this motion.

      /s/ Peter Sacks
      Peter Sacks
      Assistant Attorney General

## CERTIFICATE OF SERVICE

      I hereby certify that I served a copy of the following documents:

1. Supreme Judicial Court and Justices' Opposition to Plaintiff's Motion for Temporary Restraining Order and in Support of Court and Justices' Motion to Dismiss; and

2. Supreme Judicial Court and Justices' Motion to Dismiss Amended Complaint for Lack of Subject Matter Jurisdiction

on all parties by e-mail and by regular mail this 11th day of May, 2004.

      /s/ Peter Sacks
      Peter Sacks
      Assistant Attorney General