UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT P. LARGESS,<br><br>     Plaintiff,<br><br>     v.<br><br>SUPREME JUDICIAL COURT FOR THE STATE OF MASSACHUSETTS, et al.,<br><br>     Defendants. | CIVIL ACTION<br>NO. 04-10921-JLT |

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as counsel for the state defendants, the Supreme Judicial Court for the Commonwealth of Massachusetts, and the Justices thereof, and the Department of Public Health and its Commissioner.

             By their attorney,

             THOMAS F. REILLY
             ATTORNEY GENERAL

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail and by e-mail on May 11, 2004.

 /s/ Peter Sacks
Peter Sacks
Assistant Attorney General

 /s/ Peter Sacks
Peter Sacks, BBO No. 548548
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108-1698
(617) 727-2200, ext. 2064

Date: May 11, 2004
F:\users\SACKSP\Largess\appearance.wpd