IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT P. LARGESS, REP. MARK J. CARRON, REP. EMILE J. GOGUEN, REP. ROBERT S. HARGRAVES, REP. PETER J. LARKIN, REP. JAMES R. MICELI, REP. PHILIP TRAVIS, SEN. STEVEN C. PANAGIOTAKOS, REP. CHRISTOPHER P. ASSELIN, REP. EDWARD G. CONNOLLY, REP. JOHN A. LEPPER, REP. ELIZABETH A. POIRIER, <br><br> Plaintiffs, <br><br> vs. <br><br> SUPREME JUDICIAL COURT FOR THE STATE OF MASSACHUSETTS; CHIEF JUSTICE MARGARET MARSHALL, JUSTICE ROBERT J. CORDY, JUSTICE JUDITH A. COWIN, JUSTICE JOHN M. GREANEY, JUSTICE RODERICK L. IRELAND, JUSTICE MARTHA B. SOSMAN, JUSTICE FRANCIS X. SPINA, in their official capacities as Justices of the Supreme Judicial Court of Massachusetts; MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH; CHRISTINE C. FERGUSON, in her official capacity as Commissioner of the Massachusetts Department of Public Health; JUDY A. McCARTHY, in her official capacity as City Registrar for the City of Boston; CITY AND TOWN CLERKS 1-350, <br><br> Defendants. | Case No. 04-10921-JLT |

**MOTION FOR LEAVE TO FILE A REPLY TO SUPREME JUDICIAL COURT AND JUSTICES' OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND IN SUPPORT OF COURT AND JUSTICES' MOTION TO DISMISS**

COME NOW the Plaintiffs, by and through their undersigned counsel, pursuant to Local Rule 7.1(b)(3), and move this Court for leave to file a Reply to Supreme Judicial Court and Justices' Opposition to Plaintiff's Motion for Temporary Restraining Order and in Support of Court and Justices' Motion to Dismiss. In support thereof, Plaintiffs state and allege as follows:

1.  On May 10, 2004, Plaintiffs filed a Complaint and a Motion for a Temporary Restraining Order and Preliminary Injunction.

2.  On May 11, 2004, Defendants Supreme Judicial Court for the Commonwealth of Massachusetts and the Justices filed one brief that was both in Opposition to Plaintiff's Motion for TRO and in Support of Court and Justices' Motion to Dismiss.

3.  Pursuant to local rules, Plaintiffs are entitled to file a Response in opposition to Plaintiff's Motion to Dismiss, but must obtain leave of Court to file a Reply to any opposition papers.

4.  Because Defendants used one brief as both their opposition paper and their brief in support of their Motion to Dismiss, and out of an abundance of caution, Plaintiffs are requesting leave to file a Reply Brief to the extent that their papers can be considered a Reply to Defendant's Opposition.

WHEREFORE, Plaintiffs move for leave of this Court to file a Reply to Supreme Judicial Court and Justices' Opposition to Plaintiff's Motion for Temporary Restraining Order and in Support of Court and Justices' Motion to Dismiss.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand delivery this 12th day of May, 2004, to the following:

Mr. Charles Lyons
Assistant Corporate Counsel
City of Boston Law Department
One City Hall Plaza
Room 615
Boston MA 02201
(617) 635-2012 - Fax
Attorney for Judy McCarthy

Ms. Judy McCarthy
City Registrar
City of Boston
1 City Hall Plaza, Rm 213
Boston MA 02201
(617) 635-3775 - Fax
To be served for City and Town Clerks 1-350

Mr. Peter Sacks
Office of the Attorney General
1 Ashburton Place
Room 2019
Boston MA 02108
(617) 727-5785 - Fax
Attorney for Supreme Judicial Court for the State of Massachusetts, Chief Justice Margaret H. Marshall, Justice Robert J. Cordy, Justice Judith A. Cowin, Justice John M. Greaney, Justice Roderick L. Ireland, Justice Martha B. Sosman, Justice Francis X. Spina, Massachusetts Department of Public Health, and Christine Ferguson

(Counsel signatures next page)

_____  _____
Chester Darling                  Mathew D. Staver*
BBO# 114320                       Florida Bar No. 0701092
CITIZENS FOR THE PRESERVATION     (Lead Trial Counsel)
OF CONSTITUTIONAL RIGHTS, INC.   Erik W. Stanley*
306 Dartmouth Street              Florida Bar No. 0183504
Boston, MA 02116                 Anita L. Staver*
Telephone: (617) 536-1776         Florida Bar No. 0611131
Telefacsimile: (978) 470-2219    Joel L. Oster*
Local Counsel for Plaintiffs      Florida Bar No. 0659746
                                 Rena M. Lindevaldsen*
Robert J. Muise*                  Florida Bar No. 0659045
 MI State Bar No. P62849         LIBERTY COUNSEL
 NH State Bar No. 12953          210 East Palmetto Avenue
THOMAS MORE LAW CENTER           Longwood, FL 32750
3475 Plymouth Road, Suite 100    Telephone: (407) 875-2100
Ann Arbor, MI 48105-2550         Telefacsimile: (407) 875-0770
Telephone: (734) 827-2001        Attorneys for Plaintiffs
Telefacsimile: (734) 998-4778     *Subject to admission *pro hac vice*
Attorney for Plaintiffs
*Subject to admission *pro hac vice*

Stephen M. Crampton*
 MS State Bar No. 9952
Brian Fahling*
 WA State Bar No. 18894
AFA CENTER FOR LAW AND POLICY
100 Parkgate Drive
P.O. Drawer 2440
Tupelo, MS 38803
Telephone: (662) 680-3886
Telefacsimile: (662) 844-4234
Attorneys for Plaintiffs
*Subject to admission *pro hac vice*