UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT P. LARGESS, REP. MARK J. CARRON, REP. EMILE J. GOFUEN, REP. ROBERT S. HARGRAVES, REP. PETER J. LARKIN, REP. JAMES R. MICELI, REP. PHILIP TRAVIS, SEN. STEVEN C. PANAGIOTAKOS, REP. CHRISTOPHER P. ASSELIN, REP. EDWARD G. CONNOLLY, REP. JOHN A. LEPPER, REP. ELIZABETH A. POIRIER, <br><br> Plaintiffs, <br><br> v. <br><br> SUPREME JUDICIAL COURT FOR THE STATE OF MASSACHUSETTS, CHIEF JUSTICE MARGARET MARSHALL, JUSTICE ROBERT J. CORDY, JUSTICE JUDITH A. COWIN, JUSTICE JOHN M. GREANEY, JUSTICE RODERICK L. IRELAND, JUSTICE MARTHA B. SOSMAN, JUSTICE FRANCIS X. SPINA, in their official capacities as Justices of the Supreme Judicial Court of Massachusetts, MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH, CHRISTINE C. FERGUSON, in her official capacity as Commissioner of the Massachusetts Department of Public Health, JUDY A. McCARTHY, in her official capacity as City Registrar for the City of Boston, CITY AND TOWN CLERKS 1-350, <br><br> Defendants. | Civil Action No. 04-10921-JLT |

**ORDER**

May 13, 2004

TAURO, J.

This court hereby orders that:

1. <u>Plaintiffs' Renewed Motion for Declaratory Relief, Temporary Restraining Order, and Preliminary and Permanent Injunctive Relief</u> [#29] is DENIED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge