IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT P. LARGESS, REP. MARK J. )
CARRON, REP. EMILE J. GOGUEN, REP. )
ROBERT S. HARGRAVES, REP. PETER J. )
LARKIN, REP. JAMES R. MICELI, REP. )
PHILIP TRAVIS, SEN. STEVEN C. )
PANAGIOTAKOS, REP. CHRISTOPHER P. )
ASSELIN, REP. EDWARD G. CONNOLLY, )
REP. JOHN A. LEPPER, REP. ELIZABETH )
A. POIRIER, )
 )
    Plaintiffs-Appellants, )
 )
    vs. )  Case No. 04-10921-JLT
 )
SUPREME JUDICIAL COURT FOR THE )
STATE OF MASSACHUSETTS; )
CHIEF JUSTICE MARGARET MARSHALL, )
JUSTICE ROBERT J. CORDY, JUSTICE )
JUDITH A. COWIN, JUSTICE JOHN M. )
GREANEY, JUSTICE RODERICK L. IRELAND, )
JUSTICE MARTHA B. SOSMAN, JUSTICE )
FRANCIS X. SPINA, in their official capacities )
as Justices of the Supreme Judicial Court of )
Massachusetts; MASSACHUSETTS )
DEPARTMENT OF PUBLIC HEALTH; )
CHRISTINE C. FERGUSON, in her official )
capacity as Commissioner of the Massachusetts )
Department of Public Health; JUDY A. )
McCARTHY, in her official capacity as City )
Registrar for the City of Boston; CITY AND )
TOWN CLERKS 1-350, )
 )
    Defendants-Appellees. )
 )

FILING FEE PAID:
RECEIPT # 55866
AMOUNT $ 255.00
BY DPTY CLK
DATE 5/13/04

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs hereby appeal, in accordance with Federal Rules of Appellate Procedure 3(a) and 4(a) and pursuant to 28 U.S.C. § 1292(a)(1), to the United States Court

Notice of Appeal - Page 1

of Appeals for the First Circuit from the Order denying Plaintiffs' Motion for Temporary Restraining Order Declaratory Judgment and Preliminary and Permanent Injunctive Relief, a true and correct copy of which is attached hereto.

Dated this 13th day of May, 2004.

| | |
|---|---|
| Chester Darling<br>BBO# 114320<br>CITIZENS FOR THE PRESERVATION<br>OF CONSTITUTIONAL RIGHTS, INC.<br>306 Dartmouth Street<br>Boston, MA 02116<br>Telephone: (617) 536-1776<br>Telefacsimile: (978) 470-2219<br>Local Counsel for Plaintiffs-Appellants | Mathew D. Staver<br>Florida Bar No. 0701092<br>(Lead Counsel)<br>Erik W. Stanley<br>Florida Bar No. 0183504<br>Anita L. Staver<br>Florida Bar No. 0611131<br>Joel L. Oster<br>Florida Bar No. 0659746<br>Rena M. Lindevaldsen<br>Florida Bar No. 0659045<br>LIBERTY COUNSEL<br>210 East Palmetto Avenue<br>Longwood, FL 32750<br>Telephone: (407) 875-2100<br>Telefacsimile: (407) 875-0770<br>Attorneys for Plaintiffs-Appellants |

Robert J. Muise
MI State Bar No. P62849
NH State Bar No. 12953
THOMAS MORE LAW CENTER
3475 Plymouth Road, Suite 100
Ann Arbor, MI 48105-2550
Telephone: (734) 827-2001
Telefacsimile: (734) 998-4778
Attorney for Plaintiffs-Appellants

Stephen M. Crampton
MS State Bar No. 9952
Brian Fahling
WA State Bar No. 18894
AFA CENTER FOR LAW AND POLICY
100 Parkgate Drive
P.O. Drawer 2440
Tupelo, MS 38803
Telephone: (662) 680-3886
Telefacsimile: (662) 844-4234
Attorneys for Plaintiffs-Appellants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Facsimile and U.S. Mail delivery this /3th/ day of May, 2004, to the following:

Mr. Charles Lyons
Assistant Corporate Counsel
City of Boston Law Department
One City Hall Plaza
Room 615
Boston MA 02201
(617) 635-2012 - Fax
Attorney for Judy McCarthy

Mr. Peter Sacks
Office of the Attorney General
1 Ashburton Place
Room 2019
Boston MA 02108
(617) 727-5785 - Fax
Attorney for Supreme Judicial Court for the State of Massachusetts, Chief Justice Margaret H. Marshall, Justice Robert J. Cordy, Justice Judith A. Cowin, Justice John M. Greaney, Justice Roderick L. Ireland, Justice Martha B. Sosman, Justice Francis X. Spina, Massachusetts Department of Public Health, and Christine Ferguson

Ms. Judy McCarthy
City Registrar
City of Boston
1 City Hall Plaza, Rm 213
Boston MA 02201
(617) 635-3775 - Fax
To be served for City and Town Clerks 1-350

Mary L. Bonauto
Gay & Lesbian Advocates & Defenders
30 Winter Street, Suite 800
Boston, MA 02108
(617) 426-3594
Attorney for Hillary Goodridge, Julie Goodridge, david wilson, Robert Compton, Michael Horgan, Edward Balmelli, Maureen Brodoff, Ellen Wade, Gary Chalmers, Richard Linnell, Heidi Norton, Gina Smith, Gloria Bailey, and Linda Davies

_/s/ Mathew D. Staver_
Mathew D. Staver
LIBERTY COUNSEL
210 East Palmetto Avenue
Longwood, FL 32750
Telephone: (407) 875-2100
Telefacsimile: (407) 875-0770
Attorney for Plaintiffs-Appellants