# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT P. LARGESS, REP. MARK J. CARRON, REP. EMILE J. GOGUEN, REP. ROBERT S. HARGRAVES, REP. PETER J. LARKIN, REP. JAMES R. MICELI, REP. PHILIP TRAVIS, SEN. STEVEN C. PANAGIOTAKOS, REP. CHRISTOPHER P. ASSELIN, REP. EDWARD G. CONNOLLY, REP. JOHN A. LEPPER, REP. ELIZABETH A. POIRIER,<br><br>        Plaintiffs,<br><br>vs.<br><br>SUPREME JUDICIAL COURT FOR THE STATE OF MASSACHUSETTS; CHIEF JUSTICE MARGARET MARSHALL, JUSTICE ROBERT J. CORDY, JUSTICE JUDITH A. COWIN, JUSTICE JOHN M. GREANEY, JUSTICE RODERICK IRELAND JUSTICE MARTHA B. SOSMAN, JUSTICE FRANCIS X. SPINA, in their official capacities as Justices of the Supreme Judicial Court of Massachusetts; MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH; CHRISTINE C. FERGUSON, in her official capacity as Commissioner of the Massachusetts Department of Public Health; JUDY A. McCARTHY, in her official capacity as City Registrar for the City of Boston; CITY AND TOWN CLERKS 1-350,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>Case No. 04-10921-JLT |

## MOTION OF ATTORNEY MICHAEL J. DePRIMO TO APPEAR PRO HAC VICE

COMES NOW the undersigned attorney, pursuant to Local Rules of Practice for

the United States District Court for the District of Massachusetts, Local Rule 83.5.3, and

the Court's order from the bench on May 12, 2004 to pay the $100.00 pro hac vice fee,

and petitions this Court for permission to appear pro hac vice on behalf of the above-named Plaintiffs. In support thereof, he shows the Court following:

1.    I am Senior Litigation Counsel for American Family Association Center for Law & Policy. I reside in Lee County, Mississippi. My office address is 100 Parkgate Drive, Suite 2-B, Tupelo, Mississippi, 38801.

2.    I am admitted to and a member in good standing of the State Bars of Connecticut, Mississippi, and Virginia. I am admitted to practice in the Federal District Courts for the Districts of Colorado and Connecticut, the Northern and Southern Districts of Mississippi, the Northern District of Texas, and the Eastern and Western Districts of Wisconsin. I am also admitted to the United States Courts of Appeal for the Second, Third, Fourth, Fifth, Ninth, Tenth, Eleventh and D.C. Circuits, and the United States Supreme Court.

3.    I received my J.D. from Regent University School of Law in 1989.

4.    I have not been held in contempt of court, censured, suspended or disbarred by any court.

5.    I am familiar with the provisions of the Judicial Code (Title 28 U.S.C.), which pertain to the jurisdiction of, and practice in the United States District Courts; the Federal Rules of Civil Procedure and the Federal Rules of Evidence; the Local Rules of the District Court for the District of Massachusetts; and the Code of Professional Responsibility of the American Bar Association.

WHEREFORE the undersigned counsel respectfully requests that this Court grant him permission to appear pro hac vice.

Respectfully submitted,

Michael J. DePrimo
Senior Litigation Counsel
AMERICAN FAMILY ASSOCIATION
CENTER FOR LAW & POLICY
P.O. Drawer 2440/100 Parkgate Drive
Tupelo, MS  38803
662-680-3886 (tel)
662-844-4234 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by First Class Mail, postage prepaid on this 14th day of May, 2004, to the following counsel of record:

Charles Lyons, Esq.
Assistant Corporate Counsel
City of Boston Law Department
One City Hall Plaza
Room 615
Boston MA 02201

Peter Sacks, Esq.
Office of the Attorney General
1 Ashburton Place
Room 2019
Boston MA 02108

Mary L. Bonauto, Esq.
Bennett H. Klein, Esq.
Michele M. Granda, Esq.
Gay & Lesbian Advocates & Defenders
30 Winter Street, Suite 800
Boston, MA  02108

Michael J. DePrimo