UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



ROBERT P. LARGESS,

        Plaintiff,

v.

SUPREME JUDICIAL COURT FOR THE STATE OF MASSACHUSETTS, et al.,

        Defendants.

CIVIL ACTION
NO. 04-10921-JLT

## DEFENDANTS' AND INTERVENERS' ASSENTED-TO MOTION TO EXTEND TIME FOR RESPONDING TO COMPLAINT

The defendants and interveners move, with plaintiffs' assent, to extend the time for them to respond to the amended complaint until 20 days after the First Circuit Court of Appeals issues its decision on plaintiffs' pending appeal, and then until such further time (if any) as the parties may agree to. As grounds therefor, the defendants and interveners state that the First Circuit's decision may affect the content of their response to the amended complaint, and that no prejudice will result to plaintiffs from extending the response time as requested herein.

By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Peter Sacks
Peter Sacks, BBO No. 548548
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108-1698
(617) 727-2200, ext. 2064
Counsel for State Defendants

Merita A. Hopkins
Corporation Counsel

*/s/ Gregory B. Franks*
Gregory B. Franks, BBO# 640987
Assistant Corporation Counsel
City of Boston, Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4034
Counsel for the City of Boston
and its Registrar

*/s/ Bennett H. Klein*
Mary L. Bonauto
Bennett H. Klein
Michele M. Granda
Karen L. Loewy
Gay & Lesbian Advocates & Defenders
30 Winter Street, Suite 800
Boston, MA 02108
617-426-1350
Counsel for Interveners

Assented to:

*/s/ Joel L. Oster*
Mathew D. Staver
Erik W. Stanley
Anita L. Staver
Joel L. Oster
Rena M. Lindevaldsen
Liberty Counsel
210 East Palmetto Avenue
Longwood, FL 32750
Telephone: (407) 875-2100
Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 6/3/04.

*Peter Sack*

Date:   June 3, 2004

F:\users\SACKSP\Largess\Mo Extend Time.wpd