FILED
IN CLERKS OFFICE

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS    2004 JUL 12 P 3: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

ROBERT P. LARGESS,

    Plaintiff,

v.                                                                                  Case No. 04-10921-JLT

SUPREME JUDICIAL COURT FOR THE
STATE OF MASSACHUSETTS; CHIEF
JUSTICE MARGARET MARSHALL; JUSTICE
ROBERT J. CORDY; JUSTICE JUDITH A.
COWIN; JUSTICE JOHN M. GREANEY; JUSTICE
RODERICK L. IRELAND; JUSTICE MARTHA B.
SOSMAN; JUSTICE FRANCIS X. SPINA, in their
official capacities as Justices of the Supreme Judicial
Court of Massachusetts; MASSACHUSETTS
DEPARTMENT OF PUBLIC HEALTH; CHRISTINE
C. FERGUSON, in her official capacity as Commissioner
of the Massachusetts Department of Public Health; JUDY
A. McCARTHY, in her official capacity as CITY AND
TOWN CLERKS 1-350,

    Defendants.

## NOTICE OF ADDRESS CHANGE

Robert J. Muise, counsel for plaintiff, hereby gives notice of his address change, which goes into effect immediately:

| **OLD ADDRESS INFORMATION** | **NEW ADDRESS INFORMATION** |
|---|---|
| Robert J. Muise<br>Thomas More Law Center<br>3475 Plymouth Road, Suite 100<br>Ann Arbor, Michigan 48105<br>Tel: 734-827-2001<br>Fax: 734-998-4778<br>Email: rmuise@thomasmore.org | Robert J. Muise<br>Thomas More Law Center<br>24 Frank Lloyd Wright Drive<br>P.O. Box 393<br>Ann Arbor, Michigan 48106<br>Tel: 734-827-2001<br>Fax: 734-930-7160<br>Email: rmuise@thomasmore.org |

Respectfully submitted,

/s/ Robert J. Muise
Robert J. Muise

Dated: July 9, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was caused to be sent by United States Mail, first-class postage prepaid, on July 9, 2004, to the following:

>Peter Sacks
>Assistant Attorney General
>Government Bureau
>One Ashburton Place, Room 2019
>Boston, Massachusetts 02108-1698

>Robert J. Muise
>Thomas More Law Center
>24 Frank Lloyd Wright Drive
>P.O. Box 393
>Ann Arbor, Michigan 48106
>(734) 827-2001