UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



ROBERT P. LARGESS,

      Plaintiff,

v.

SUPREME JUDICIAL COURT FOR THE STATE
OF MASSACHUSETTS, et al.,

      Defendants.

CIVIL ACTION
NO. 04-10921-JLT

## CHANGE OF APPEARANCE

Please enter on the docket the substitution of my appearance for that of Peter Sacks as counsel for the state defendants, the Supreme Judicial Court for the Commonwealth of Massachusetts, and the Justices thereof, and the Department of Public Health and its Commissioner.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_/s/ T.A. Barnico_

Thomas A. Barnico
Assistant Attorney General
One Ashburton Place, Room 2019
Boston, Massachusetts 02108-1698
(617) 727-2200, ext. 2086
BBO No. 030040

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 7/20/04.

_/s/ T.A. Barnico_

Date: July 20, 2004

H:\Largess\change appearance.wpd