USDC/mA
Tauro. J.

# United States Court of Appeals
## For the First Circuit

———

# MANDATE

No. 04-1621

ROBERT P. LARGESS, ELIZABETH A. POIRIER, JOHN A. LEPPER,
EDWARD G. CONNOLLY, CHRISTOPHER P. ASSELIN, STEVEN C. PANAGIOTAKOS,
PHILIP TRAVIS, JAMES R. MICELI, PETER J. LARKIN, ROBERT S. HARGRAVES,
EMILE J. GOGUEN, MARK J. CARRON,

Plaintiffs, Appellants,

v.

SUPREME JUDICIAL COURT FOR THE STATE OF MASSACHUSETTS; CHIEF JUSTICE
MARGARET MARSHALL, in the official capacity as Justice of the Supreme Judicial Court of
Massachusetts, JUSTICE ROBERT J. CORDY, in the official capacity as Justice of the Supreme
Judicial Court of Massachusetts, JUSTICE JUDITH A. COWIN, in the official capacity as
Justice of the Supreme Judicial Court of Massachusetts, JUSTICE JOHN M. GREANEY, in the
official capacity as Justice of the Supreme Judicial Court of Massachusetts, JUSTICE
RODERICK L. IRELAND, in the official capacity as Justice of the Supreme Judicial Court of
Massachusetts, JUSTICE MARTHA B. SOSMAN, in the official capacity as Justice of the
Supreme Judicial Court of Massachusetts, JUSTICE FRANCIS X. SPINA, in the official
capacity as Justice of the Supreme Judicial Court of Massachusetts, MASSACHUSETTS
DEPARTMENT OF PUBLIC HEALTH; CHRISTINE C. FERGUSON, in her official capacity
as Commissioner of the Massachusetts Department of Public Health; JUDITH A. MCCARTHY,
in her official capacity as City Registrar for the city of Boston; CITY AND TOWN CLERKS 1-
350; LINDA DAVIES; GLORIA BAILEY; GINA SMITH; HEIDI NORTON; RICHARD
LINNELL; GARY CHALMNERS; ELLEN WADE; MAUREEN BRODOFF; EDWARD
BALMELLI; MICHAEL HORGAN; ROBERT CROMPTON; DAVID WILSON; JULIE
GOODRIDGE; HILLARY GOODRIDGE,

Defendants, Appellees.

**Certified and Issued as Mandate
under Fed. R. App. R 41.**

———

**Richard Cushing Donovan, Clerk**

**JUDGMENT**

*[signature]*

**Deputy Clerk**

**Date: 7-20-04**

Entered: June 29, 2004

This cause came on to be heard on appeal from the United States District Court for the
District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of injunctive and declaratory relief is affirmed. No costs are awarded.

**By the Court:**
Richard Cushing Donovan, Clerk

MARK R. SYSKA

By: Mark R. Syska, Chief Deputy, Clerk

[cc: Mr. Staver, Ms. Hopkins, Mr. Sacks and Ms. Bonauto.]