IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT P. LARGESS, REP. MARK J. )
CARRON, REP. EMILE J. GOGUEN, REP. )
ROBERT S. HARGRAVES, REP. PETER J. )
LARKIN, REP. JAMES R. MICELI, REP. )
PHILIP TRAVIS, SEN. STEVEN C. )
PANAGIOTAKOS, REP. CHRISTOPHER P. )
ASSELIN, REP. EDWARD G. CONNOLLY, )
REP. JOHN A. LEPPER, REP. ELIZABETH )
A. POIRIER, )
                                  )
      Plaintiffs, )
                                  )
      vs. )    Case No. 04-10921-JLT
                                  )
SUPREME JUDICIAL COURT FOR THE )
STATE OF MASSACHUSETTS; )
CHIEF JUSTICE MARGARET MARSHALL, )
JUSTICE ROBERT J. CORDY, JUSTICE )
JUDITH A. COWIN, JUSTICE JOHN M. )
GREANEY, JUSTICE RODERICK L. IRELAND, )
JUSTICE MARTHA B. SOSMAN, JUSTICE )
FRANCIS X. SPINA, in their official capacities )
as Justices of the Supreme Judicial Court of )
Massachusetts; MASSACHUSETTS )
DEPARTMENT OF PUBLIC HEALTH; )
CHRISTINE C. FERGUSON, in her official )
capacity as Commissioner of the Massachusetts )
Department of Public Health; JUDY A. )
McCARTHY, in her official capacity as City )
Registrar for the City of Boston; CITY AND )
TOWN CLERKS 1-350, )
                                  )
      Defendants. )

**NOTICE OF VOLUNTARY DISMISSAL OF AMENDED COMPLAINT**

To: DEFENDANTS and their attorneys of record herein, please take notice that Plaintiffs ROBERT P. LARGESS, REP. MARK J. CARRON, REP. EMILE J. GOGUEN, REP. ROBERT S. HARGRAVES, REP. PETER J. LARKIN, REP. JAMES R, MICELI, REP. PHILIP TRAVIS, and

SEN. STEVEN C. PANAGIOTAKOS, REP. CHRISTOPHER P. ASSELIN, REP. EDWARD G. CONNOLLY, REP. JOHN A. LEPPER, REP. ELIZABETH A. POIRIER, hereby dismiss their Amended Complaint, without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

*/s/ Erik W. Stanley*

Mathew D. Staver
 Florida Bar No. 0701092
 (Lead Trial Counsel)
Erik W. Stanley
 Florida Bar No. 0183504
Anita L. Staver
 Florida Bar No. 0611131
Rena M. Lindevaldsen
 Florida Bar No. 0659045
LIBERTY COUNSEL
210 East Palmetto Avenue
Longwood, FL 32750
Telephone: (407) 875-2100
Telefacsimile: (407) 875-0770
Attorneys for Plaintiffs

Chester Darling
 BBO# 114320
CITIZENS FOR THE PRESERVATION
OF CONSTITUTIONAL RIGHTS, INC.
306 Dartmouth Street
Boston, MA 02116
Telephone: (617) 536-1776
Telefacsimile: (978) 470-2219
Local Counsel for Plaintiffs

Robert J. Muise
 MI State Bar No. P62849
 NH State Bar No. 12953
THOMAS MORE LAW CENTER
3475 Plymouth Road, Suite 100
Ann Arbor, MI 48105-2550
Telephone: (734) 827-2001
Telefacsimile: (734) 998-4778
Attorney for Plaintiffs

Stephen M. Crampton
 MS State Bar No. 9952
Brian Fahling
 WA State Bar No. 18894
AFA CENTER FOR LAW AND POLICY
100 Parkgate Drive
P.O. Drawer 2440
Tupelo, MS 38803
Telephone: (662) 680-3886
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Facsimile and U.S. Mail delivery this 9th day of December, 2004, to the following:

Mr. Charles Lyons
Assistant Corporate Counsel
City of Boston Law Department
One City Hall Plaza
Room 615
Boston MA 02201
(617) 635-2012 - Fax
Attorney for Judy McCarthy

Ms. Judy McCarthy
City Registrar
City of Boston
1 City Hall Plaza, Rm 213
Boston MA 02201
(617) 635-3775 - Fax
To be served for City and Town Clerks 1-350

Mr. Peter Sacks
Office of the Attorney General
1 Ashburton Place
Room 2019
Boston MA 02108
(617) 727-5785 - Fax
Attorney for Supreme Judicial Court for the State of Massachusetts, Chief Justice Margaret H. Marshall, Justice Robert J. Cordy, Justice Judith A. Cowin, Justice John M. Greaney, Justice Roderick L. Ireland, Justice Martha B. Sosman, Justice Francis X. Spina, Massachusetts Department of Public Health, and Christine Ferguson

_/s/ Erik W. Stanley_
Mathew D. Staver
 Florida Bar No. 0701092
(Lead Trial Counsel)
Erik W. Stanley
 Florida Bar No. 0183504
Anita L. Staver
 Florida Bar No. 0611131
Rena M. Lindevaldsen
 Florida Bar No. 0659045
LIBERTY COUNSEL
210 East Palmetto Avenue
Longwood, FL 32750
Telephone: (407) 875-2100
Telefacsimile: (407) 875-0770
Attorneys for Plaintiff